JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

*The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| WILLIAM J. NELSON | SILVER LAKE WATER AND SEWER DISTRICT; CURT BREES (official capacity) |
| **(b) County of Residence of First Listed Plaintiff** | **County of Residence of First Listed Defendant** |
| Snohomish County, Washington | Snohomish County, Washington |

| (c) Attorneys (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| **PRO SE**<br>William J. Nelson<br>12432 40th Avenue SE<br>Everett, WA 98208<br>Tel: (425) 800-8800 | Curtis J. Chambers<br>Inslee Best<br>10900 NE 4th Street, Suite 1500<br>Bellevue, WA 98004<br>Tel: (425) 450-4266 |

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☒ 3 Federal Question
                                                (U.S. Government Not a Party)
                    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
N/A - Federal Question Jurisdiction

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)
**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☒ 445 Amer. w/Disabilities - Other
☐ 446 Amer. w/Disabilities - Employment
☐ 448 Education

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District   ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing:
**42 U.S.C. § 12131 et seq. (ADA Title II); 29 U.S.C. § 794 (Section 504)**

Brief description of cause:
Disability discrimination by public utility; failure to provide reasonable accommodation;
shutoff of essential water service without accessible notice; failure to engage in interactive process

**VII. REQUESTED IN COMPLAINT**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. - NO
DEMAND $: Compensatory damages to be determined at trial
CHECK YES only if demanded in complaint: ☒ JURY DEMAND: YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**
JUDGE: N/A          DOCKET NUMBER: N/A

DATE: January 28, 2026

SIGNATURE OF ATTORNEY OF RECORD (or Pro Se Plaintiff):

_____
William J. Nelson, Pro Se