AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### Western District of Washington

| | |
|---|---|
| WILLIAM J. NELSON,<br><br>*Plaintiff*<br><br>v.<br><br>SILVER LAKE WATER AND SEWER DISTRICT, et al.,<br><br>*Defendants* | Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**SILVER LAKE WATER AND SEWER DISTRICT**
Attn: Curt Brees, District Manager
15205 41st Ave SE
Bothell, WA 98012
Snohomish County, Washington

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**William J. Nelson (Pro Se)**
12432 40th Avenue SE
Everett, WA 98208
Telephone: (425) 800-8800
Email: william@seattleseahawks.me

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____     _____
*Signature of Clerk or Deputy Clerk*