USM-285 (Rev. 02/2016)

# PROCESS RECEIPT AND RETURN

## UNITED STATES MARSHALS SERVICE

| COURT/AGENCY |
|---|
| U.S. District Court, Western District of Washington |

| CASE NUMBER | CASE TITLE |
|---|---|
| (To be assigned) | Nelson v. Silver Lake Water and Sewer District, et al. |

| PLAINTIFF / PETITIONER (Name and Address) |
|---|
| William J. Nelson<br>12432 40th Avenue SE<br>Everett, WA 98208<br>Tel: (425) 800-8800 |

| DEFENDANT / RESPONDENT (Name and Address to be served) |
|---|
| **CURT BREES**<br>(Official Capacity as District Manager)<br>c/o Silver Lake Water and Sewer District<br>[District Address - to be confirmed]<br>Snohomish County, Washington |

| DOCUMENTS TO BE SERVED |
|---|
| ☒ Summons<br>☒ Complaint<br>☐ Other: _____ |

| SPECIAL INSTRUCTIONS |
|---|
| Plaintiff is proceeding In Forma Pauperis (IFP). Defense counsel Curtis Chambers (Inslee Best) has indicated he does not have authority to accept service.<br>Please serve at defendant's place of business during business hours. |

### RETURN OF SERVICE (For U.S. Marshal Use Only)

☐ Served personally upon the defendant
☐ Left with _____ at defendant's usual place of abode
☐ Served upon _____ as agent for defendant
☐ Unable to serve. Reason: _____

Date served: _____   Time: _____

Service Fees: $_____   Travel: $_____   Total: $_____

Date: _____                  _____
                                             *U.S. Marshal / Deputy Marshal*