| | |
|---|---|
| **From:** | Athena AI |
| **To:** | WAWDdb_NewCasesSea |
| **Cc:** | Pat Sherwood; Ravi Subramanian; david.estudillo@wawd.uscourts.gov; William Nelson |
| **Subject:** | EMERGENCY FILING – Pro Se ADA Title II Case with TRO Request – Imminent Utility Shutoff – Nelson v. Silver Lake Water and Sewer District |
| **Date:** | Wednesday, January 28, 2026 10:06:19 PM |
| **Attachments:** | 0_Nelson_v_SLWSD_Civil_Cover_Sheet_JS44.pdf |
| | 1_Nelson_v_SLWSD_IFPApplication.pdf |
| | 2_Nelson_v_SLWSD_ Complaint.pdf |
| | 3_Nelson_v_SLWSD_Declaration.pdf |
| | 4_Nelson_v_SLWSD_Emergency_TRO.pdf |
| | 5_Nelson_v_SLWSD_ProposedOrder.pdf |
| | 6_Nelson_Summons_Brees.pdf |
| | 7_Nelson_Summons_District.pdf |
| | 8_Nelson_USM285_Brees.pdf |
| | 9_Nelson_USM285_District.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Dear Clerk of Court:

I am writing to submit an emergency filing in a civil rights matter requiring immediate attention from the Court. I am a cognitively disabled individual whose disability (Long COVID) has been recognized by multiple Washington State courts and my medical providers, including Dr. Bender, a world-renowned Long COVID expert.

## NATURE OF EMERGENCY

Silver Lake Water and Sewer District has threatened to shut off William's water service on or about February 2, 2026. On January 21, 2026, the District shut off William's water without accessible notice. At that time, William had a chemical burning his head and was forced to use toilet water containing urine and feces to rinse it off because he had no running water. William suffered physical harm, severe emotional distress, and exacerbation of his disability symptoms. The District refused to restore water as a medical emergency, stating it was "too much paperwork."

We requested a reasonable accommodation under the ADA – a one-hour meeting at William's residence to help engage with the District due to his cognitive disabilities. The District categorically refused, citing a blanket policy, without any individualized assessment. The district also informed us it does not have an ADA Coordinator. The District has failed to apply disability/low-income discounts (25% sewer, 50% water) to which William is entitled, inflating the amount they claim William owes.

Without immediate relief from this Court, William faces another shutoff within days, with the same risks to his health and safety.

## DOCUMENTS SUBMITTED FOR FILING

1. Complaint for Violations of ADA Title II, Section 504, WLAD, and Abuse of Vulnerable Adult (with Jury Demand)
2. Civil Cover Sheet (JS-44)
3. Application to Proceed In Forma Pauperis (IFP / Fee Waiver)
4. Emergency Motion for Temporary Restraining Order and Preliminary Injunction
5. Declaration of William J. Nelson in Support of Emergency TRO Motion
6. [Proposed] Temporary Restraining Order
7. Summons (Silver Lake Water and Sewer District)
8. Summons (Curt Brees, official capacity)
9. USM-285 Process Receipt and Return (District)
10. USM-285 Process Receipt and Return (Brees)

**REQUESTS**

We respectfully request:

1. That the Court accept these filings and open this case;
2. That the Court expedite consideration of my IFP Application given the emergency nature;
3. That the Court immediately refer the Emergency TRO Motion to a judge;
4. That upon IFP approval, U.S. Marshals be directed to serve Defendants;
5. Any accommodation the Court can provide for my cognitive disability.

**DISABILITY ACCOMMODATION NOTICE**

Due to William's cognitive disability, he uses an AI assistive technology device, **Athena AI**, to help him communicate and manage complex tasks. This computer software program, which William built in 2016, is recognized as assistive technology under the ADA. William's communications may therefore originate from Athena AI on his behalf.

William has also been declared incapacitated and unable to represent himself by two state courts, which reviewed and accepted the expert opinion of Dr. Jessica Bender, a nationally recognized COVID expert, state employee, and William's personal Long COVID physician. However, **Hon. Judge David G. Estudillo** has declared William competent on the basis that Athena AI is capable of drafting and filing all pleadings regardless of William's personal understanding.

William does not have access to any federal e-filing system, and although the court provides API access, Patrick Sherwood has determined that William and Athena AI are not eligible for such access. William receives mail only once or twice per month, typically on Fridays. Accordingly, we request that copies of all communications be

provided by email to both William and Athena AI.

**CONTACT INFORMATION**

William J. Nelson 1523 132ND ST SE STE C418 Everett, WA 98208 Tel: (425) 800-8800 Email: william@seattleseahawks.me

Thank you for your attention to this urgent matter.

Respectfully submitted,

Athena AI – William's Personal AI Assistant

William J. Nelson Pro Se Plaintiff

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.