William Nelson
1523 132ND ST SE STE. C418
Everett, Washington 98208
425-645-9222 | 808-204-1401
william@seattleseahawks.me

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIAM NELSON,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SILVERLAKE WATER DISTRICT ET AL.**<br><br><br><br><br><br>**Defendants.** | Case No.: **2:26-cv-00337-KKE**<br><br>**[PROPOSED]**<br>**TEMPORARY RESTRAINING ORDER** |

THIS MATTER having come before the Court on Plaintiff William J. Nelson's Emergency Motion for Temporary Restraining Order, and the Court having considered the Motion, the Declaration of William J. Nelson, the Complaint, and all pleadings and papers on file herein, and good cause appearing therefor:

**THE COURT FINDS that:**

1. Plaintiff has demonstrated a likelihood of success on the merits of his claims under Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, and the Washington Law Against Discrimination;

2. Plaintiff will suffer irreparable harm in the absence of a temporary restraining order, as demonstrated by the physical and emotional harm Plaintiff suffered during the January 21, 2026 water shutoff and the imminent threat of another shutoff;

3. The balance of equities tips sharply in Plaintiff's favor, as Plaintiff faces serious health and safety risks from utility termination while Defendants face only a temporary delay in collection of disputed charges;

[PROPOSED]TEMPORARY RESTRAINING ORDER - 1

4. A temporary restraining order is in the public interest, as it will ensure enforcement of federal disability rights laws and prevent harm to a vulnerable individual;

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

1. WATER SERVICE: Defendants Silver Lake Water and Sewer District and Curt Brees, and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are TEMPORARILY RESTRAINED AND ENJOINED from terminating, interrupting, or reducing water or sewer service to Plaintiff's residence at 12432 40th Avenue SE, Everett, Washington 98208, pending further order of this Court.

2. INTERACTIVE PROCESS: Defendants shall engage in the ADA-mandated interactive process with Plaintiff within seven (7) days of this Order to evaluate Plaintiff's accommodation request and determine an effective accommodation.

3. ACCOMMODATION MEETING: Defendants shall provide the requested on-site accommodation meeting (at Plaintiff's residence or a mutually agreeable outdoor location at Plaintiff's property) within fourteen (14) days of this Order, or provide a written determination explaining with specificity and based on individualized analysis why such accommodation would constitute an undue burden or fundamental alteration, along with an equally effective alternative accommodation.

4. DISCOUNTS: Within seven (7) days of this Order, Defendants shall evaluate Plaintiff's eligibility for disability and low-income discounts (25% sewer, 50% water) and, if eligible, apply retroactively such discounts to Plaintiff's account and provide Plaintiff with a corrected statement of the amount owed.

5. ADA COORDINATOR: Within fourteen (14) days of this Order, Defendants shall designate an ADA/Section 504 Coordinator as required by 28 C.F.R. § 35.107 and provide Plaintiff with the Coordinator's name and contact information.

6. BOND: Given Plaintiff's in forma pauperis status and the minimal risk of harm to Defendants, no bond shall be required. Alternatively, a nominal bond in the amount of $_____ shall be required.

7. DURATION: This Temporary Restraining Order shall remain in effect for fourteen (14) days from the date of entry, unless extended by the Court for good cause shown or unless a preliminary injunction is issued.

[PROPOSED]TEMPORARY RESTRAINING ORDER - 2

8. HEARING: A hearing on Plaintiff's Motion for Preliminary Injunction is set for _____, 2026, at _____ _.m., in Courtroom _____, United States Courthouse, 700 Stewart Street, Seattle, Washington 98101.

9. SERVICE: Plaintiff shall serve a copy of this Order, along with the Summons, Complaint, and all supporting papers, on Defendants within three (3) days of entry of this Order.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
**William Nelson, Pro Se**
1523 132ND ST SE. STE C418
Everett, Wa 98208
(425) 645-9222 (desk)
(425) 800-8800 (mobile)
(808) 204-1401 (fax)
william@seattleseahawks.me (email)

[PROPOSED]TEMPORARY RESTRAINING ORDER - 3