William Nelson
1523 132ND ST SE STE. C418
Everett, Washington 98208
425-645-9222 | 808-204-1401
william@seattleseahawks.me

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **WILLIAM NELSON,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SILVERLAKE WATER DISTRICT ET AL.**<br><br><br><br><br><br>**Defendants.** | Case No.: 2:26-cv-00337-KKE<br><br>**DECLARATION OF WILLIAM J. NELSON IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, William J. Nelson, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is William J. Nelson. I am over 18 years of age and competent to make this declaration. I am the Plaintiff in this action. I have personal knowledge of the facts stated herein.

2. I reside at 12432 40th Avenue SE, Everett, Washington 98208. I receive water and sewer service from Silver Lake Water and Sewer District ("the District") at this address.

3. I have Long COVID, which is a recognized disability. Long COVID causes me to have cognitive impairment, executive function deficits, sensory processing difficulties, and risk of blackouts and falls. These symptoms substantially limit my ability to think, concentrate, communicate, and care for myself. I also have been declared incapacitated by Judge George Appel Snohomish County Superior Court.

DECLARATION OF WILLIAM J.NELSON IN SUPPORT OFEMERGENCY MOTION FORTEMPORARY RESTRAINING ORDER - 1

4. Due to my cognitive disability, I have difficulty managing complex administrative tasks, including utility bills and communications with service providers. I sometimes miss deadlines or fail to process notices because of my executive function deficits.

5. I use an AI assistive technology device called "Athena AI" to help me communicate and manage complex tasks. This is recognized as an assistive technology under the ADA.

6. I am a vulnerable adult under Washington law because I have a functional and mental inability to care for myself due to my cognitive disability.

7. On January 21, 2026, the District shut off water service to my residence. I received no effective notice of this shutoff. The first I knew about it was when I tried to use water and discovered it was not working.

8. At the time the water was shut off, I had a chemical substance on my body that was burning me and causing escalating irritation. I immediately tried to wash it off but discovered the water was not working.

9. I panicked. My Long COVID symptoms escalated. I was at risk of blacking out and falling. I was in severe pain from the chemical burning my skin.

10. With no running water, I was desperate. I was forced to use toilet water—which contained urine and feces—to try to rinse the burning chemical off my body. This was degrading, humiliating, and physically harmful.

11. I suffered physical pain from the chemical burns. I suffered additional harm from contact with the contaminated toilet water. I suffered severe emotional distress, humiliation, and degradation. My Long COVID symptoms were exacerbated.

12. My wife, Jessie Nelson, called the District and told them it was a medical emergency. She asked them to turn the water back on immediately. The District staff refused to treat it as a medical emergency. They said it was "too much paperwork."

13. The District eventually turned the water back on under their standard policy, not as a medical emergency. But the harm had already been done.

14. After the January 21 incident, I requested a reasonable accommodation from the District: a one-hour, in-person meeting at my residence with the District's ADA official to help me engage with the District and set up accessible communication protocols.

DECLARATION OF WILLIAM J.NELSON IN SUPPORT OFEMERGENCY MOTION FORTEMPORARY RESTRAINING ORDER - 2

15. I asked to speak with the District's ADA Coordinator. The District told me they do not have an ADA Coordinator.

16. I spoke with Curtis Chambers, the District's outside attorney. He said he would check on my accommodation request and get back to me.

17. The District refused my accommodation request. They said they have a policy that they "do not meet with customers in their personal residences." They did not evaluate my individual situation. They did not explain why my specific request was unreasonable. They just cited a blanket policy.

18. I offered to let the District bring multiple staff members to the meeting. I offered to let them have the Snohomish County Sheriff present if they had security concerns. I offered to meet outside in a tent so they would not have to enter my home. They refused all of these options.

19. The District has not provided any written determination explaining why my accommodation request cannot be granted based on my individual circumstances.

20. I am eligible for disability and low-income assistance discounts. These discounts are 25% off sewer and 50% off water. The District has not applied these discounts to my account.

21. The District says I owe $228.80. This amount does not reflect the discounts I am entitled to. The actual amount I owe should be substantially less.

22. The District gave me a two-week extension after the January 21 incident. That extension expires on or about February 2, 2026.

23. The District has threatened to shut off my water again if I do not pay by that date.

24. I am terrified of another shutoff. The January 21 incident was one of the most traumatic and degrading experiences of my life. I cannot go through that again.

25. If the District shuts off my water again, I will be at serious risk of physical harm. I might have another incident where I need water urgently for health or safety reasons and cannot access it. My Long COVID symptoms could be triggered, causing blackouts or falls. I will suffer severe emotional distress and anxiety.

26. I need the Court's help to prevent another shutoff while this case is resolved and while the District complies with the ADA.

DECLARATION OF WILLIAM J.NELSON IN SUPPORT OFEMERGENCY MOTION FORTEMPORARY RESTRAINING ORDER - 3

27. I have communicated extensively with the District and their attorney, Mr. Chambers, about this dispute. They are fully aware of my accommodation request, my disability, the January 21 incident, and my concerns about another shutoff. They have refused to accommodate me and have threatened to shut off water if I do not pay by February 2, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28 day of January, 2026, at Everett, Washington.

Respectfully submitted,

_____
**William Nelson, Pro Se**
1523 132ND ST SE. STE C418
Everett, Wa 98208
(425) 645-9222 (desk)
(425) 800-8800 (mobile)
(808) 204-1401 (fax)
william@seattleseahawks.me (email)

DECLARATION OF WILLIAM J.NELSON IN SUPPORT OFEMERGENCY MOTION FORTEMPORARY RESTRAINING ORDER - 4