**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

January 29, 2026

William Nelson
1523 132ND ST SE
SUITE C418
EVERETT, WA 98208

Your civil action, ***Nelson v. Silver Lake Water and Sewer District et al***, was filed in the United States District Court – Western District of Washington on January 28, 2026.

The case has been assigned to District Court Judge Kymberly K. Evanson, case number **2:26−cv−00337−KKE**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

    **Summons in Wrong Format**
    Summons(es) as submitted do not comply with Federal Rule of Civil Procedure 4 and Local Civil Rule 4 and cannot be issued. Enclosed is a sample summons for your convenience. Please complete and return it to the Clerk's Office.

    **Additional Notes:** Please also complete the enclosed Civil Cover Sheet. The Civil Cover Sheet submitted was formatted incorrectly.

The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file