UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM J. NELSON,

                Plaintiff,

   v.

SILVER LAKE WATER AND SEWER DISTRICT, et al.,

                Defendants.

Case No. C26-0337-KKE

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 29th day of January, 2026.

                                        S. KATE VAUGHAN
                                        United States Magistrate Judge