UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM J. NELSON,<br><br>　　　　　　　Plaintiff(s),<br>　　v.<br><br>SILVER LAKE WATER AND SEWER DISTRICT, et al.,<br><br>　　　　　　　Defendant(s). | CASE NO. C26-0337-KKE<br><br>ORDER DENYING MOTION FOR EX PARTE TRO |

Plaintiff William Nelson, proceeding *pro se* and *in forma pauperis* ("IFP"), has filed an *ex parte* motion for a Temporary Restraining Order ("TRO"). Dkt. No. 2. However, Nelson does not satisfy the requirements for *ex parte* relief. "Motions for temporary restraining orders without notice to and an opportunity to be heard by the adverse party are disfavored and will rarely be granted." Local Rules W.D. Wash. LCR 65(b)(1). A court may issue an *ex parte* TRO "only if specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and the movant "certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1). These restrictions "reflect the fact that our entire jurisprudence runs counter to the notion of court action taken before reasonable notice and an opportunity to be heard has been granted both sides of a dispute." *Granny Goose Foods, Inc. v. Teamsters*, 415 U.S. 423, 439 (1974).

ORDER DENYING MOTION FOR EX PARTE TRO - 1

Although Nelson acknowledges Rule 65's requirements, his motion does not comply with the requirements of the local[1] or federal rules. Specifically, his motion does not include a certification of the notice efforts he has made, nor does it explain why notice should not be required. Accordingly, the Court DENIES IN PART Nelson's motion insofar as it requests *ex parte* relief. Nelson is ORDERED to serve the motion (Dkt. No. 2) immediately on Defendants and to file proof of service on the docket. The Court DEFERS ruling on Nelson's motion until after Defendants have received notice and have had an opportunity to respond.

Dated this 29th day of January, 2026.

Kymberly K. Evanson
United States District Judge

---

[1] The local rules of this district provide:

> Unless the requirements of Fed. R. Civ. P. 65(b) for issuance without notice are satisfied, the moving party must serve all motion papers on the opposing party, by electronic means if available, before or contemporaneously with the filing of the motion and include a certificate of service with the motion. The motion must also include contact information for the opposing party's counsel[.]

Local Rules W.D. Wash. LCR 65(b)(1).

ORDER DENYING MOTION FOR EX PARTE TRO - 2