UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM NELSON,

                Plaintiff,

    v.

SILVER LAKE WATER AND SEWER DISTRICT; CURT BREES, in his official capacity as General Manager,

                Defendants.

Case No. 2:26-cv-00337-KKE
EMERGENCY MOTION FOR IMMEDIATE SERVICE BY UNITED STATES MARSHAL

## I. INTRODUCTION

Plaintiff William Nelson, proceeding pro se and in forma pauperis, respectfully moves this Court for an Order directing the United States Marshal to immediately serve the Summons and Complaint upon Defendants Silver Lake Water and Sewer District and Curt Brees. This motion is made on an emergency basis due to the imminent water service termination scheduled for Monday, February 2, 2026.

## II. LEGAL BASIS

1. Pursuant to 28 U.S.C. § 1915(d), when a plaintiff is granted leave to proceed in forma pauperis, "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases."

2. Federal Rule of Civil Procedure 4(c)(3) provides that "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court."

3. Plaintiff has filed an Application to Proceed In Forma Pauperis demonstrating his financial inability to pay costs of litigation.

### III. EMERGENCY CIRCUMSTANCES

4. Defendants have scheduled termination of Plaintiff's water service for Monday, February 2, 2026—the next business day.

5. Plaintiff is homebound due to documented cognitive disabilities and cannot personally effectuate service of process. Plaintiff does not drive and is physically unable to leave his residence to arrange for personal service.

6. Plaintiff's Emergency Motion for Temporary Restraining Order (Dkt. No. 2) was filed on January 28, 2026. The Court has ordered Plaintiff to serve the motion immediately on Defendants and file proof of service.

7. While Plaintiff has served the TRO motion documents via email to Defendants' counsel of record, Curtis W. Chambers at Inslee Best, personal service of the Summons and Complaint requires the assistance of the U.S. Marshal given Plaintiff's disabilities and IFP status.

8. If the Summons and Complaint are not served immediately and Defendants proceed with disconnection, Plaintiff—a disabled individual living alone—will be without water for drinking, cooking, bathing, sanitation, and medication needs. Plaintiff's next Social Security payment does not arrive until the second Wednesday of February.

### IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant this Emergency Motion;

2. Order the United States Marshal to immediately serve the Summons and Complaint upon Defendants at the following addresses:

    a. Silver Lake Water and Sewer District, 15205 41st Ave SE, Bothell, WA 98012

    b. Curt Brees, General Manager, at the same address

3. Expedite consideration of this motion given the February 2, 2026 shutoff date; and

4. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 30, 2026

_____

WILLIAM NELSON

Plaintiff, Pro Se

1523 132ND ST SE STE C418

Everett, WA 98208

Email: william@seattleseahawks.me