1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**HONORABLE JUDGE KYMBERLY K. EVANSON**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| WILLIAM J. NELSON,<br><br>                    Plaintiff,<br>          vs.<br><br>SILVER LAKE WATER AND SEWER<br>DISTRICT, et al.,<br><br>                    Defendants. | **NO. 2:26-cv-00337-KKE**<br><br>**SPECIAL NOTICE OF APPEARANCE** |

TO:        WILLIAM J. NELSON, Plaintiff Pro Se

AND TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

        NOTICE IS HEREBY GIVEN that Michael J. Throgmorton of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S., without waiving objections as to notice or service, hereby appears on behalf of defendants Silver Lake Water and Sewer District and Curt Brees, and requests that all further notices and pleadings, except original process, be served upon said defendants and its attorney at the address below.

        DATED this 2nd day of February 2026, at Tumwater, Washington.

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

_____
Michael J. Throgmorton, WSBA No. 44263
2674 RW Johnson Rd., Tumwater, WA 98512
P.O. Box 11880 Olympia, WA 98508-1880
Phone: (360) 754-3480 Fax: (360) 357-3511
Email: mthrogmorton@lldkb.com

**SPECIAL NOTICE OF APPEARANCE – 1**
**No.:  2:26-cv-00337-KKE**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF FILING & SERVICE**

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, and served pro se plaintiff, via U.S. Mail as follows:

***Plaintiff Pro Se:***
William Nelson
1523 132nd St SE. Ste C418
Everett, WA 98208
william@seattleseahawks.me

DATED this 2nd day of February 2026, at Tumwater, WA.

*/s/ Tam Truong*
Tam Truong, Legal Assistant

**SPECIAL NOTICE OF APPEARANCE – 2**
**No.:  2:26-cv-00337-KKE**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*