UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WILLIAM J. NELSON.<br><br>_____<br><br>WILLIAM J. NELSON,<br><br>            Petitioner,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF<br>WASHINGTON, SEATTLE,<br><br>            Respondent,<br><br>SILVER LAKE WATER AND SEWER<br>DISTRICT; CURT BREES, in his official<br>capacity as District Manager, Silver Lake<br>Water and Sewer District,<br><br>            Real Parties in Interest. | No. 26-618<br><br>D.C. No.<br>2:26-cv-00337-KKE<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: M. SMITH, NGUYEN, and KOH, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the

extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir.

2021) ("To determine whether a writ of mandamus should be granted, we weigh

the five factors outlined in *Bauman v. United States District Court*."); *Bauman v.*

*U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

No further filings will be entertained in this closed case.

**DENIED.**

26-618