UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM NELSON, | CASE NO. C26-0337-KKE |
| Plaintiff(s), | ORDER TO RESPOND TO TRO MOTION |
| v. | |
| SILVER LAKE WATER AND SEWER DISTRICT, et al., | |
| Defendant(s). | |

Plaintiff, representing himself, filed a motion for temporary restraining order ("TRO") on January 28, 2026. Dkt. No. 2. On January 30, 2026, the Court granted his request for the United States Marshals to serve the TRO motion on Defendants. Dkt. No. 10. Counsel for Defendants appeared on February 2, 2026, but Defendants have not responded to the TRO motion. Dkt. No. 13.

The Local Rules of this district require an adverse party to, within 24 hours of service of a TRO motion, file a notice indicating whether it plans to oppose the motion. Local Rules W.D. Wash. LCR 65(b)(5). The adverse party must file its response, if any, within 48 hours of service of a TRO motion. *Id*.

It is not clear whether Defendants have been served with the TRO motion, although counsel's appearance suggest that they have received at least actual notice. Defendants are

ORDER TO RESPOND TO TRO MOTION - 1

ORDERED to file a response to the TRO motion no later than February 5, 2026. The clerk is directed to RE-NOTE the TRO motion (Dkt. No. 2) for February 5, 2026.

Dated this 4th day of February, 2026.

Kymberly K. Evanson
United States District Judge