HONORABLE JUDGE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM J. NELSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SILVER LAKE WATER AND SEWER DISTRICT, et al.,<br><br>　　　　　　　　　Defendants. | NO. **2:26-cv-00337-KKE**<br><br>NOTICE OF APPEARANCE |

TO:　　　CLERK OF THE COURT; and

AND TO:　　ALL PARTIES OF RECORD

　　　YOU WILL PLEASE TAKE NOTICE that Curtis J. Chamber of Inslee, Best, Doezie & Ryder, P.S. hereby appears in the above-entitled action for the Defendants SILVER LAKE WATER AND SEWER DISTRICT and CURT BREES, without waiving objection as to improper or failure of service, venue or jurisdiction, and requests that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address stated below.

NOTICE OF APPEARANCE - Page 1
CASE NO. 2:26-CV-00337-KKE

11186117.1 - 359329 - 0241

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

1   DATED this 5th day of February, 2026.

2

3                                                INSLEE, BEST, DOEZIE & RYDER, P.S.

4                                                By /s/ *Curtis J. Chambers*

5                                                Curtis J. Chambers, WSBA # 42984
                                                 10900 NE 4th Street, Suite 1500
6                                                Bellevue, WA 98004
                                                 Phone: (425) 455-1234
7                                                Fax:  (425) 635-7720
                                                 Email: Cchambers@insleebest.com

8                                                Attorney for Defendants

NOTICE OF APPEARANCE - Page 2
CASE NO. 2:26-CV-00337-KKE

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

11186117.1 - 359329 - 0241

**CERTIFICATE OF FILING & SERVICE**

I, Lien Le, hereby certify under penalty of perjury under the laws of the United States of America that on February 5th, 2026, I caused to be electronically filed the foregoing Notice of Appearance, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, and served pro se plaintiff, via U.S. Mail and email as follows:

***Plaintiff Pro Se:***

William Nelson
1523 132nd St SE. Ste C418
Everett, WA 98208
Email: william@seattleseahawks.me

DATED this 5th day of February 2026, at Bellevue, WA.

/s/  Lien Le_____
Lien Le, Legal Assistant

NOTICE OF APPEARANCE - Page 3
CASE NO. 2:26-CV-00337-KKE

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

11186117.1 - 359329 - 0241