HONORABLE JUDGE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM J. NELSON,<br><br>               Plaintiff,<br><br>vs.<br><br>SILVER LAKE WATER AND SEWER DISTRICT, et al.,<br><br>               Defendants. | NO. **2:26-cv-00337-KKE**<br><br>DECLARATION OF CURT BREES IN SUPPORT OF SILVER LAKE WATER AND SEWER DISTRICT'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUCTION |

I, Curt Brees, under penalty of perjury under the laws of the State of Washington, states and declares as follows:

1. I am the General Manager of the Silver Lake Water and Serwer District (District). This declaration is based on my personal knowledge and review of the records kept in the normal course of business by the District.

2. All statements made in the Silver Lake Water and Sewer District's Opposition to Plaintiff's Emergency Motino for Temporary Restraining Order and Preliminary Injunction, including but not limited to, the Introduction and Facts sections, are true and correct to the best of my knowledge.

3. Attached as Exhibit A is a true and correct copy of Snohomish County property information for residence 12432 40th Ave NE, Everett, WA 98208, showing it is owned by Plaintiff and his wife.

Brees Dec. Supporting District's Opp to TRO - Page 1
CASE NO. 2:26-CV-00337-KKE

INSLEE BEST
Skyline Tower Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

11186196.1 - 359329 - 0241

4. Attached as Exhibit B are true and correct copies of notices sent to Plaintiff and his wife about their need to pay their delinquent bill.

5. Attached as Exhibit C are true and correct copies of payments made and communications had by Plaintiff and his wife related to the District provided for water and sewer service at their residence located at 12432 40th Ave NE, Everett, WA 98208.

6. Attached as Exhibit D are true and correct copies of the information provided to Plaintiff related to the District customer assistance program.

Executed at _Bothell_, Washington, on the 5th day of February 2026.

Curt Brees

Brees Dec. Supporting District's Opp to TRO - Page 2
CASE NO. 2:26-CV-00337-KKE

11186196.1 - 359329 - 0241

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

**CERTIFICATE OF FILING & SERVICE**

I, Lien Le, hereby certify under penalty of perjury under the laws of the United States of America that on February 5th, 2026, I caused to be electronically filed the foregoing Declaration of Curt Brees in Support of Silver Lake Water and Sewer District's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order Preliminary Injunction, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, and served pro se plaintiff, via U.S. Mail and email as follows:

***Plaintiff Pro Se:***

William Nelson
1523 132nd St SE. Ste C418
Everett, WA 98208
Email: william@seattleseahawks.me

DATED this 5th day of February 2026, at Bellevue, WA.

/s/ Lien Le
Lien Le, Legal Assistant

Brees Dec. Supporting District's Opp to TRO - Page 3
CASE NO. 2:26-CV-00337-KKE



INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com