# Exhibit A



Online Government Information & Services

Home | Other Property Data | Help

Property Search > Search Results > Property Summary

# Property Account Summary

1/29/2026

| Parcel Number | 00767100003600 | Property Address | 12432 40TH AVE SE , EVERETT, WA 98208-5662 |

## General Information

| | |
|---|---|
| Property Description | PIONEER TRAILS DIVISION 2 BLK 000 D-00 LOT 36 |
| Property Category | Land and Improvements |
| Status | Active, Locally Assessed |
| Tax Code Area | 03059 |

## Property Characteristics

| | |
|---|---|
| Use Code | 111 Single Family Residence - Detached |
| Unit of Measure | Acre(s) |
| Size (gross) | 0.21 |

## Parties

| Role | Percent | Name | Address |
|---|---|---|---|
| Taxpayer | 100 | NELSON WILLIAM J/AJESHNI | 12432 40TH AVE SE, EVERETT, WA 98208 |
| Owner | 100 | NELSON WILLIAM J & AJESHNI | 12432 40TH AVE SE, EVERETT, WA 98208-5662 United States |

## Related Properties

No Related Properties Found

**Property Values**

| Value Type | Tax Year 2025 | Tax Year 2024 | Tax Year 2023 | Tax Year 2022 | Tax Year 2021 |
|---|---|---|---|---|---|
| Taxable Value Regular | $894,400 | $982,000 | $1,001,400 | $772,400 | $661,300 |
| Exemption Amount Regular | | | | | |
| Market Total | $894,400 | $982,000 | $1,001,400 | $772,400 | $661,300 |
| Assessed Value | $894,400 | $982,000 | $1,001,400 | $772,400 | $661,300 |
| Market Land | $459,000 | $457,000 | $484,500 | $331,500 | $254,000 |
| Market Improvement | $435,400 | $525,000 | $516,900 | $440,900 | $407,300 |
| Personal Property | | | | | |

**Active Exemptions**

No Exemptions Found

**Events**

| Effective Date | Entry Date-Time | Type | Remarks |
|---|---|---|---|
| 03/26/2015 | 03/26/2015 13:17:09 | Excise Processed | Temporary Excise: T019600 Finalized to: E048026 |
| 03/25/2015 | 04/02/2015 10:08:00 | Owner Terminated | Property Transfer Filing No.: E048026 03/25/2015 by SASLMS |
| 03/25/2015 | 04/02/2015 10:08:00 | Owner Added | Property Transfer Filing No.: E048026 03/25/2015 by SASLMS |
| 03/25/2015 | 03/26/2015 13:17:00 | Excise Processed | Property Transfer Filing No.: T019600, submitted by eREET 03/25/2015 by ASCEREET |
| 11/08/2006 | 12/07/2006 12:46:00 | Owner Terminated | Property Transfer Filing No.: 110368 11/08/2006 by sasklg |
| 11/08/2006 | 12/07/2006 12:46:00 | Owner Added | Property Transfer Filing No.: 110368 11/08/2006 by sasklg |
| 11/08/2006 | 11/22/2006 08:32:00 | Taxpayer Changed | Property Transfer Filing No.: 110368 11/08/2006 by strssl |
| 11/08/2006 | 11/14/2006 14:17:00 | Excise Processed | Property Transfer Filing No.: 110368, Statutory Warranty Deed 11/08/2006 by strnls |
| 01/24/2005 | 01/24/2005 13:01:00 | Taxpayer Changed | Party/Property Relationship by strsjb |

**Tax Balance**

No Charges are currently due. If you believe this is incorrect, please contact our Office at (425) 388-3366.

**Distribution of Current Taxes**

| District | Rate | Amount | Voted Amount | Non-Voted Amount |
|---|---|---|---|---|
| CENTRAL PUGET SOUND REGIONAL TRANSIT AUT | 0.16 | $146.52 | $0.00 | $146.52 |
| EVERETT SCHOOL DISTRICT NO 2 | 3.64 | $3,260.08 | $3,260.08 | $0.00 |
| SNO-ISLE INTERCOUNTY RURAL LIBRARY | 0.32 | $282.04 | $0.00 | $282.04 |
| SNOHOMISH COUNTY - ROAD | 0.78 | $700.71 | $0.00 | $700.71 |
| SNOHOMISH COUNTY-CNT | 0.50 | $443.35 | $0.00 | $443.35 |
| SOUTH SNOHOMISH COUNTY FIRE & RESCUE RFA | 1.16 | $1,035.98 | $305.34 | $730.64 |
| STATE | 2.35 | $2,101.45 | $0.00 | $2,101.45 |
| SNO COUNTY SURFACE WATER MANAGEMENT |  | $140.07 | $0.00 | $140.07 |
| SNOHOMISH CONSERVATION DISTRICT |  | $10.02 | $0.00 | $10.02 |
| SOUTH SNOHOMISH COUNTY FIRE & RESCUE RFA |  | $82.39 | $0.00 | $82.39 |
| TOTAL | 8.91 | $8,202.61 | $3,565.42 | $4,637.19 |

## Pending Property Values

| Pending Tax Year | Market Land Value | Market Improvement Value | Market Total Value | Current Use Land Value | Current Use Improvement | Current Use Total Value |
|---|---|---|---|---|---|---|
| 2026 | $484,500.00 | $447,500.00 | $932,000.00 | $0.00 | $0.00 | $0.00 |

## Levy Rate History

| Tax Year | Total Levy Rate |
|---|---|
| 2025 | 8.911162 |
| 2024 | 8.802603 |
| 2023 | 8.277917 |

## Real Property Structures

| Description | Type | Year Built | More Information |
|---|---|---|---|
| Tri-Level | Dwelling | 1989 | View Detailed Structure Information |

## Receipts

| Date | Receipt No. | Amount Applied | Amount Due |
|---|---|---|---|
| 10/24/2025 00:00:00 | 14067484 | $4,101.31 | $4,101.31 |
| 04/16/2025 00:00:00 | 13763502 | $4,101.30 | $8,202.61 |
| 10/21/2024 00:00:00 | 13479342 | $4,437.14 | $4,437.14 |
| 04/23/2024 00:00:00 | 13209952 | $4,437.13 | $8,874.27 |
| 10/26/2023 00:00:00 | 13066229 | $4,257.27 | $4,257.27 |

| | | | |
|---|---|---|---|
| 04/17/2023 00:00:00 | 12644484 | $4,257.27 | $8,514.54 |
| 10/21/2022 00:00:00 | 12356113 | $3,748.40 | $3,748.40 |
| 04/21/2022 00:00:00 | 12101006 | $3,748.40 | $7,496.80 |
| 10/27/2021 00:00:00 | 11948839 | $3,525.13 | $3,525.13 |
| 04/20/2021 00:00:00 | 11526688 | $3,525.13 | $7,050.26 |

## Sales History

| Sale Date | Entry Date | Recording Number | Sale Amount | Excise Number | Deed Type | Transfer Type | Grantor(Seller) | Grantee(Buyer) | Other Parcels |
|---|---|---|---|---|---|---|---|---|---|
| 11/08/2006 | 11/14/2006 | | $505,000.00 | 110368 | W | S | BURNETT LORI J | OLSEN LYNDA P & JAMES M | No |
| 03/25/2015 | 03/26/2015 | | $497,500.00 | E048026 | W | S | OLSEN LYNDA P & JAMES M | NELSON WILLIAM J & AJESHNI | No |

## Property Maps

| Neighborhood Code | Township | Range | Section | Quarter | Parcel Map |
|---|---|---|---|---|---|
| 3311000 | 28 | 05 | 28 | SW | View parcel maps for this Township/Range/Section |

Printable Version

Developed by Aumentum Technologies.
@2005-2020 All rights reserved.
Version 4.0.3.0