# Exhibit B

# Silver Lake Water & Sewer District

15205 - 41st Ave. SE
Bothell, WA 98012-6114
(425) 337-3647 • www.slwsd.com

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE |
|---|---|---|
| 12736-46556 | 12/15/2025 | $228.80 |

**NAME**
WILLIAM AND AJESHNI NELSON

**SERVICE ADDRESS**
12432 40TH AVE SE EVERETT, WA 98208

| METER NUMBER | SERVICE DATES PREVIOUS | SERVICE DATES PRESENT | BILLING DAYS | METER READING PREVIOUS | METER READING PRESENT | USAGE | UNIT | BILL DATE |
|---|---|---|---|---|---|---|---|---|
| 33062985 | 10/1/2025 | 11/30/2025 | 60 | 1929 | 1935 | 6 | 1 | 11/30/2025 |

**CONSUMPTION HISTORY IN 100 CUBIC FEET**

| MONTHS/YEAR | # DAYS | WATER USAGE |
|---|---|---|
| NOV 25 | 56 | 6 |
| SEP 25 | 64 | 15 |
| JUL 25 | 63 | 12 |
| MAY 25 | 58 | 8 |
| MAR 25 | 62 | 9 |
| JAN 25 | 63 | 8 |
| NOV 24 | 56 | 8 |

**Previous Balance**

| | |
|---|---|
| Charges: | $274.70 |
| Payments/Credits/Payment Reversals: | ($274.70) |
| Moved To Installment Plan: | $0.00 |
| Adjustments: | 0.00 |
| **Total Previous Balance:** | **$0.00** |
| **Unbilled Installment Balance:** | **$0.00** |

**Current Charges**

| | |
|---|---|
| New Account Charges: | $0.00 |
| Water Base Rate: | $37.38 |
| Water Consumption Charge: | $23.10 |
| Sewer Charges: | $168.32 |
| Installment Plan: | $0.00 |
| Other Service Charges: | $0.00 |
| Other Service Adjustments: | $0.00 |
| **Total Current Charges** | **$228.80** |
| **Total Amount Due:** | **$228.80** |

**ACCOUNT MESSAGES**

Please see reverse side for important information.

## Silver Lake Water & Sewer District
15205 - 41st Ave. SE
Bothell, WA 98012-6114
www.slwsd.com

61747981

| DUE DATE | ACCOUNT NUMBER |
|---|---|
| 12/15/2025 | 12736-46556 |
| AMOUNT DUE | AMOUNT ENCLOSED |
| $228.80 | |

**BILLS MAY BE PAID AT DISTRICT OFFICE OR BY CREDIT/DEBIT CARD AT WWW.SLWSD.COM**

*Please Make Checks Payable To* ➡

WILLIAM AND AJESHNI NELSON
12432 40TH AVE SE
EVERETT, WA 98208-

**SILVER LAKE WATER & SEWER DISTRICT**
PO BOX 3784
SEATTLE WA 98124-3784

This stub ensures that your payment is processed accurately.
**PLEASE RETURN THIS PART WITH YOUR PAYMENT**

## Silver Lake Water & Sewer District

15205 41st Ave. SE
Bothell, WA 98012



December 31, 2025

**Payment Reminder Notice**

586  1 AV 0.593    586 / 596   2-1-100
NELSON, WILLIAM AND AJESHNI
12432 40TH AVE SE
EVERETT WA 98208-5662

**Account Number:  12736-46556**
**Account Balance: $228.80**

Dear Silver Lake Water & Sewer District Customer:

We are writing to remind you that your utility account, providing service at **12432 40TH AVE SE** has a balance of **$228.80**. If you have recently paid the balance on this account, please disregard this notice.

Customers using their financial institution's online bill paying services should be aware that some services take several days to process an online payment. While some online bill paying services produce an Automatic Clearing House (ACH) payment, other services produce a paper check that is mailed to the District. We also recommend customers review their Silver Lake Water & Sewer District account information to ensure all online payments have the correct account and mailing information.

Customers must make payment, payment arrangements, or file a written appeal, prior to 4:30 p.m. on **01/20/2026** to avoid a delinquent account administration fee of $65.00. Payments may be made online at www.slwsd.com, or by phone by calling 1-844-956-1375, or at the District's Main Office. To make payment arrangements, please contact our Customer Service Representatives at 425-337-3647 between our regular business hours of 8:00 a.m. to 4:30 p.m., Monday through Friday.

If you dispute an amount billed, you may file a written appeal that outlines your dispute and your recommended resolution. Written appeals must be received by the District prior to 4:30 p.m. on **01/20/2026**. Once a complete written utility appeal is filed, the District will schedule an informal administrative hearing at the District Office. Utility services will not be disconnected until a hearing decision is rendered.

Mailing information, maps, driving instructions, and contact information can be found at www.slwsd.com. If you have any questions regarding this notice, please contact us at (425) 337-3647.

Sincerely,

Silver Lake Water & Sewer District

# Silver Lake Water & Sewer District

15205 41st Ave. SE
Bothell, WA 98012

January 09, 2026



## Shut-Off Notice

Account Number: 12736-46556

Account Balance: $228.80

318  1 AV 0.593    318 / 324   2-1-43
NELSON, WILLIAM AND AJESHNI
12432 40TH AVE SE
EVERETT WA 98208-5662

Dear Silver Lake Water & Sewer District Customer:

We are writing to remind you that your utility account, providing service at 12432 40TH AVE SE has a delinquent balance of $228.80. If you have recently paid the balance on this account, please contact us prior to the shut-off date to confirm we have received your payment. Please note, the District has resumed scheduled service disconnections for past due accounts.

Customers must make payment, payment arrangements, or file a written appeal, **prior to 4:30 p.m. on 01/20/2026** to avoid service disconnection and a delinquent account administration fee of $65.00. Non-payment will result in service disconnection. To make payment arrangements, please contact our customer service representatives at 425-337-3647, between our regular business hours of 8:00 a.m. to 4:30 p.m., Monday through Friday.

Payments may be made online at www.slwsd.com, or by phone at 1-844-956-1375, or at the District's Main Office. When making a payment on your account, please use your entire account number **12736-46556** when using the online portal. However, when using the telephone system, please use **1273646556** followed by the # sign.

For your convenience, a drop box is located in the District Office parking lot for check and money order payments only. Customers using their financial institution's online bill paying services should be aware that some services can take several days or more to process an online payment. Mailing information, maps, driving instructions, and contact information can be found at www.slwsd.com. If you have any questions regarding this notice, please contact us at (425) 337-3647.

If you dispute an amount billed, you may file a written appeal that outlines your dispute and your recommended resolution. Written appeals must be received by the District prior to 4:30 p.m. on 01/20/2026. Once a complete written utility appeal is filed, the District will schedule an informal administrative hearing at the District Office. Utility services will not be disconnected until a hearing decision is rendered.

The District may reschedule this service disconnection if an Extreme Heat Advisory is issued by the National Oceanic and Atmospheric Administration (NOAA). If an Extreme Heat Advisory is issued after a customer's water has been disconnected for non-payment, the customer may request their water be reconnected during the Extreme Head Advisory. The District's webpage will provide information on Heat Advisories issued by NOAA. Customers may call 425.337.3647 or email service@slwsd.com to request their water service be reconnected. Service reconnections are limited to the District's regular business hours.

Sincerely,

Silver Lake Water and Sewer District

## Customer Profile: NELSON, WILLIAM AND AJESHNI

**Active**

Please review your profile. Click update to save any modifications.

| Account Number | Email Address | Total Invoices | Total Payments | Account Balance |
|---|---|---|---|---|
| 46556 | jessienelson@msn.com | 12 | 11 | $228.80 |

| Customer Info | Options | History | Bank Accounts | Credit/Debit Cards | AutoPay | Recurring Scheduled Payments | Paperless | Email History | Users/Email |
|---|---|---|---|---|---|---|---|---|---|

| Pay By Text | Customer Activity |
|---|---|



Would you like to receive your future Invoice notifications via a convenient TEXT message? Save time by paying your Invoice directly from your phone. It's never been easier to pay. Sign up today!

View Pay By Text Signup History

View Pay By Text Message History

**Sign up for Pay By Text:** ☑

**Registered Phone Number:** (808) 664-1071

Message and data rates may apply. You may opt out of text delivery at any time by replying STOP to any Text message received from Invoice Cloud. Text HELP for more information.
Message frequency varies. Contact customer support at (425) 337-3647. T-Mobile is not liable for delayed or undelivered messages.

## Pay By Text Message History                                          ✕

| Sent Date | Phone Number | Message |
|---|---|---|
| 1/14/2026 10:36 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $228.80 Due: 12/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/ww3Lzd9sS |
| 12/30/2025 11:41 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $228.80 Due: 12/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/8e3KaBYWk |
| 11/27/2025 12:53 PM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $228.80 Due: 12/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/fV3HTWVwa |
| 11/14/2025 12:24 PM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $274.70 Due: 10/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/SD3GFOO8d |
| 10/30/2025 11:36 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $274.70 Due: 10/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/fo3EpUFiO |
| 10/4/2025 10:11 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $274.70 Due: 10/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/l53CN7Gqo |
| 9/14/2025 10:06 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $260.90 Due: 8/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/lq3AU9Yqw |
| … | | New Bill from Silver Lake W&S 12736-46556 Amt: $260.90 Due: |

**Pay By Text Message History**                                          ✕

| Date | Number | Message |
|---|---|---|
| 10/4/2025 10:11 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $274.10 Due: 10/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/I53CN7Gqo |
| 9/14/2025 10:06 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $260.90 Due: 8/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/lq3AU9Yqw |
| 8/30/2025 12:07 PM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $260.90 Due: 8/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/X9394w8zb |
| 8/2/2025 11:30 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $260.90 Due: 8/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/TA36R44gT |
| 7/15/2025 11:56 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $218.10 Due: 6/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/jT34jvBuk |
| 6/30/2025 10:26 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $218.10 Due: 6/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/9c33JqYno |
| 6/5/2025 8:57 PM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $218.10 Due: 6/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/tQ310ENHv |
| 4/1/2025 10:20 AM | 18086641071 | New Bill from Silver Lake W&S 12736-46556 Amt: $221.45 Due: 4/15/2025 Reply OK to pay with default pmt method www.invoicecloud.com/sms/XI2upZmW2 |

|◄  ◄  1  2  3  ►  ►|      Page size: 13 ▼                    27 items in 3 pages  ▼