# Exhibit C

# Customer Profile: NELSON, WILLIAM AND AJESHNI

**Active**

Please review your profile. Click update to save any modifications.

| Account Number | Email Address | Total Invoices | Total Payments | Account Balance |
|---|---|---|---|---|
| 46556 | jessienelson@msn.com | 12 | 11 | $228.80 |

| Customer Info | Options | History | Bank Accounts | Credit/Debit Cards | AutoPay | Recurring Scheduled Payments | Paperless | Email History | Users/Email |
|---|---|---|---|---|---|---|---|---|---|

Pay By Text | Customer Activity

Invoice Notification History  > Submit

| Date Sent | Invoice # | Type | Sent To | Amount | Status | Click Through Date | Bounce Date |
|---|---|---|---|---|---|---|---|
| 1/14/2026 | 61747981 | Third Notice | williamjnelson@msn.com | $228.80 | Sent | | |
| 1/14/2026 | 61747981 | Third Notice | jessienelson@msn.com | $228.80 | Sent | | |
| 12/30/2025 | 61747981 | Second Notice | williamjnelson@msn.com | $228.80 | Sent | | |
| 12/30/2025 | 61747981 | Second Notice | jessienelson@msn.com | $228.80 | Sent | | |
| 11/27/2025 | 61747981 | First Notice | williamjnelson@msn.com | $228.80 | Sent | | |
| 11/27/2025 | 61747981 | First Notice | jessienelson@msn.com | $228.80 | Sent | | |
| 11/14/2025 | 61613257 | Third Notice | williamjnelson@msn.com | $274.70 | Click Through | 11/24/2025 | |
| 11/14/2025 | 61613257 | Third Notice | jessienelson@msn.com | $274.70 | Click Through | 11/24/2025 | |
| 10/30/2025 | 61613257 | Second Notice | williamjnelson@msn.com | $274.70 | Click Through | 11/24/2025 | |
| 10/30/2025 | 61613257 | Second Notice | jessienelson@msn.com | $274.70 | Click Through | 11/24/2025 | |
| 10/4/2025 | 61613257 | First Notice | williamjnelson@msn.com | $274.70 | Click Through | 11/24/2025 | |
| 10/4/2025 | 61613257 | First Notice | jessienelson@msn.com | $274.70 | Click Through | 11/24/2025 | |
| 9/14/2025 | 61524457 | Third Notice | williamjnelson@msn.com | $260.90 | Sent | | |
| 9/14/2025 | 61524457 | Third Notice | jessienelson@msn.com | $260.90 | Sent | | |
| 8/30/2025 | 61524457 | Second Notice | williamjnelson@msn.com | $260.90 | Sent | | |
| 8/30/2025 | 61524457 | Second Notice | jessienelson@msn.com | $260.90 | Sent | | |
| 8/2/2025 | 61524457 | First Notice | williamjnelson@msn.com | $260.90 | Sent | | |

| Date | ID | Notice | Email | Amount | Status | Date 2 |
|---|---|---|---|---|---|---|
| 7/15/2025 | 61435633 | Third Notice | williamjnelson@msn.com | $218.10 | Click Through | 7/15/2025 |
| 7/15/2025 | 61435633 | Third Notice | jessienelson@msn.com | $218.10 | Click Through | 7/15/2025 |
| 6/30/2025 | 61435633 | Second Notice | williamjnelson@msn.com | $218.10 | Click Through | 7/15/2025 |
| 6/30/2025 | 61435633 | Second Notice | jessienelson@msn.com | $218.10 | Click Through | 7/15/2025 |
| 6/5/2025 | 61435633 | First Notice | williamjnelson@msn.com | $218.10 | Click Through | 7/15/2025 |
| 6/5/2025 | 61435633 | First Notice | jessienelson@msn.com | $218.10 | Click Through | 7/15/2025 |
| 4/1/2025 | 61333805 | First Notice | williamjnelson@msn.com | $221.45 | Click Through | 4/1/2025 |
| 4/1/2025 | 61333805 | First Notice | jessienelson@msn.com | $221.45 | Click Through | 4/1/2025 |
| 2/6/2025 | 61251783 | First Notice | williamjnelson@msn.com | $218.10 | Click Through | 2/13/2025 |
| 2/6/2025 | 61251783 | First Notice | jessienelson@msn.com | $218.10 | Click Through | 2/13/2025 |
| 11/28/2024 | 61185981 | First Notice | williamjnelson@msn.com | $218.10 | Sent | |
| 11/28/2024 | 61185981 | First Notice | jessienelson@msn.com | $218.10 | Sent | |
| 11/14/2024 | 61121654 | Third Notice | williamjnelson@msn.com | $247.30 | Click Through | 11/14/2024 |
| 11/14/2024 | 61121654 | Third Notice | jessienelson@msn.com | $247.30 | Click Through | 11/14/2024 |
| 10/30/2024 | 61121654 | Second Notice | williamjnelson@msn.com | $247.30 | Click Through | 11/14/2024 |
| 10/30/2024 | 61121654 | Second Notice | jessienelson@msn.com | $247.30 | Click Through | 11/14/2024 |
| 10/4/2024 | 61121654 | First Notice | williamjnelson@msn.com | $247.30 | Click Through | 11/14/2024 |
| 10/4/2024 | 61121654 | First Notice | jessienelson@msn.com | $247.30 | Click Through | 11/14/2024 |
| 8/30/2024 | 61033728 | Second Notice | williamjnelson@msn.com | $243.30 | Sent | |
| 8/30/2024 | 61033728 | Second Notice | jessienelson@msn.com | $243.30 | Sent | |
| 8/2/2024 | 61033728 | First Notice | williamjnelson@msn.com | $243.30 | Sent | |
| 8/2/2024 | 61033728 | First Notice | jessienelson@msn.com | $243.30 | Sent | |
| 6/1/2024 | 60969473 | First Notice | williamjnelson@msn.com | $213.50 | Click Through | 6/20/2024 |
| 6/1/2024 | 60969473 | First Notice | jessienelson@msn.com | $213.50 | Click Through | 6/20/2024 |
| 4/30/2024 | 60899574 | Second Notice | williamjnelson@msn.com | $210.15 | Click Through | 5/6/2024 |
| 4/30/2024 | 60899574 | Second Notice | jessienelson@msn.com | $210.15 | Click Through | 5/6/2024 |
| 3/30/2024 | 60899574 | First Notice | williamjnelson@msn.com | $210.15 | Click Through | 5/6/2024 |
| 3/30/2024 | 60899574 | First Notice | jessienelson@msn.com | $210.15 | Click Through | 5/6/2024 |
| 3/1/2024 | 60830613 | Second Notice | williamjnelson@msn.com | $213.50 | Click Through | 3/8/2024 |
| 3/1/2024 | 60830613 | Second Notice | jessienelson@msn.com | $213.50 | Click Through | 3/8/2024 |
| 2/1/2024 | 60830613 | First Notice | williamjnelson@msn.com | $213.50 | Click Through | 3/8/2024 |
| 2/1/2024 | 60830613 | First Notice | jessienelson@msn.com | $213.50 | Click Through | 3/8/2024 |

# Customer Profile: NELSON, WILLIAM AND AJESHNI

**Active**

Please review your profile. Click update to save any modifications.

| Account Number | Email Address | Total Invoices | Total Payments | Account Balance |
|---|---|---|---|---|
| 46556 | jessienelson@msn.com | 12 | 11 | $228.80 |

Tabs: Customer Info | Options | History | Bank Accounts | Credit/Debit Cards | AutoPay | Recurring Scheduled Payments | Paperless | Email History | Users/Email
Pay By Text | Customer Activity

☑ Include Failed Transactions | Expand All | Collapse All

| Invoice Date | Due Date | Invoice # | Total Amount | Balance Due | Action |
|---|---|---|---|---|---|
| > 11/30/2025 | 12/15/2025 | 61747981 | $228.80 | $228.80 | |
| Date/Time | Description | Source | Amount | Inv Balance | Action |
| 11/26/2025 5:14:07 PM | Invoice Received | File Import | $228.80 | $228.80 | ✗ |
| > 9/30/2025 | 10/15/2025 | 61613257 | $274.70 | $0.00 | |
| Date/Time | Description | Source | Amount | Inv Balance | Action |
| 11/24/2025 1:48:57 PM | Payment | Express Payments | ($274.70) | $0.00 | |
| 10/3/2025 1:43:08 PM | Adjustment | Fixed Amount | ($274.70) | $274.70 | |
| 10/3/2025 12:21:32 PM | Adjustment | Fixed Amount | $274.70 | $549.40 | |
| 10/3/2025 11:21:26 AM | Invoice Received | File Import | $274.70 | $274.70 | ✗ |
| > 7/31/2025 | 8/15/2025 | 61524457 | $260.90 | $0.00 | |
| Date/Time | Description | Source | Amount | Inv Balance | Action |
| 9/15/2025 8:15:24 PM | Payment | Shopping Cart | ($260.90) | $0.00 | |
| 8/1/2025 5:31:49 PM | Invoice Received | File Import | $260.90 | $260.90 | ✗ |

Messages:
- 11/26/2025: 2230_11262025191249.BIF
- 11/24/2025: Approved 024538
- 10/3/2025 1:43:08 PM: Balance update from billing system
- 10/3/2025 12:21:32 PM: Balance update from billing system
- 10/3/2025 11:21:26 AM: 2230_10032025131922.BIF
- 9/15/2025: Approved 01551R
- 8/1/2025: 2230_08012025192952.BIF

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| M | 33062985 | 1 | 20-Jan-2000 | H | 1 | 1618 | 24 | |
| M | 33062985 | 1 | 20-Nov-1999 | H | 11 | 1594 | 20 | |
| M | 33062985 | 1 | 20-Sep-1999 | H | 9 | 1574 | 24 | |
| M | 33062985 | 1 | 20-Jul-1999 | H | 7 | 1550 | 33 | |
| M | 33062985 | 1 | 20-May-1999 | H | 5 | 1517 | 29 | |
| M | 33062985 | 1 | 20-Mar-1999 | H | 3 | 1488 | 27 | |
| M | 33062985 | 1 | 20-Jan-1999 | H | 1 | 1461 | 41 | |
| M | 33062985 | 1 | 20-Nov-1998 | H | 11 | 1420 | 23 | |

## Log Transactions

| Transaction Date | Who | Description |
|---|---|---|
| 21-Jan-2026 | jnwarhol | In follow-up to notes below, Curt did speak in length with Will. Customer did ask Curt to meet him at his home which Curt declined. Did however let customer know he could schedule meeting with him in our office if he chooses |
| 21-Jan-2026 | dwynn | Mr.Nelson called back after speaking with Curt and asked to speak to our 504 coordinator. I again sadi we do not have a 504 coordinator. He said we are required to have one by federal law. I asked if he would like to speak with Curt again. He said the 504 coordinator and he would hold or continue to call back until he spoke to them. I said I would be happy to take a message, the phones are very busy at the moment and someone would get back to him. He chose to continue to call back, which he did for over 10minutes from two different phone numbers. When Curt was back from break, I forwarded him to Curt again. |
| 21-Jan-2026 | dwynn | Mr. Nelson called and requested to speak to our ADA Coordinator. I told him that we did not have an one. He said that we are required by Federal Law to have one. I asked what his question was so I could forward him to the correct person. He said it was against federal law for me to ask that and he would sue us. I put him on hold, he wasforwarded to Curt. |
| 21-Jan-2026 | jnwarhol | Customer called back about 10 minutes after first phone call. She had burning scalp with shampoo and needed water back on. Called and talked to Kameron who already had this on rush list and he had already turned on with call from Will to expedite |
| 21-Jan-2026 | wliles | WAIVE FEE. Customer granted one time extended-extension with PTP by 2/2/2026. I confirmed this with his wife over phone to have service restored as she said her husband was reporting a medical emergency with a current brain disability. Updated map and called Kameron to ask for an expedited turn on. |
| 09-Jan-2026 | dwynn | Cutoff Warning Letter Sent 09-Jan-2026 |
| 31-Dec-2025 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Dec-2025 |
| 30-Nov-2025 | embarringer | Invoice 61747981 for $228.8 |
| 25-Nov-2025 | dwynn | Card Payment-11/24/25 (63204) $274.70) (Batch - 63204) |
| 21-Nov-2025 | jnwarhol | Cutoff Warning Letter Sent 21-Nov-2025 |
| 30-Oct-2025 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Oct-2025 |
| 30-Oct-2025 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Oct-2025 |
| 30-Sep-2025 | wliles | Invoice 61613257 for $274.7 |
| 16-Sep-2025 | jlee | Card Payment-09/16/25 (62654) $260.90) (Batch - 62654) |
| 11-Sep-2025 | jnwarhol | Cutoff Warning Letter Sent 11-Sep-2025 |
| 11-Sep-2025 | jnwarhol | Cutoff Warning Letter Sent 11-Sep-2025 |
| 28-Aug-2025 | jnwarhol | <<UB Delinq>> Delinquent message sent 28-Aug-2025 |
| 31-Jul-2025 | embarringer | Invoice 61524457 for $260.9 |
| 16-Jul-2025 | bhasart | Card Payment-07/16/25 (62160) $218.10) (Batch - 62160) |
| 11-Jul-2025 | wliles | Cutoff Warning Letter Sent 11-Jul-2025 |
| 30-Jun-2025 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Jun-2025 |
| 31-May-2025 | embarringer | Invoice 61435633 for $218.1 |
| 02-Apr-2025 | jnwarhol | Card Payment-04/02/25 (61298) $221.45) (Batch - 61298) |
| 31-Mar-2025 | embarringer | Invoice 61333805 for $221.45 |
| 14-Feb-2025 | jnwarhol | Card Payment-02/14/25 (60906) $218.10) (Batch - 60906) |
| 31-Jan-2025 | embarringer | Invoice 61251783 for $218.1 |
| 16-Dec-2024 | BHasart | Card Payment-12/16/24 (60423) $218.10) (Batch - 60423) |
| 30-Nov-2024 | embarringer | Invoice 61185981 for $218.1 |
| 15-Nov-2024 | jnwarhol | Card Payment-11/15/24 (60188) $247.30) (Batch - 60188) |

| Date | User | Note |
|---|---|---|
| 31-Oct-2024 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Oct-2024 |
| 30-Sep-2024 | embarringer | Invoice 61121654 for $247.3 |
| 03-Sep-2024 | Bhasart | Card Payment-09/03/24 (59569) $243.30) (Batch - 59569) |
| 29-Aug-2024 | jnwarhol | <<UB Delinq>> Delinquent message sent 29-Aug-2024 |
| 31-Jul-2024 | embarringer | Invoice 61033728 for $243.3 |
| 21-Jun-2024 | embarringer | Card Payment-06/21/24 (59022) $213.50) (Batch - 59022) |
| 31-May-2024 | embarringer | Invoice 60969473 for $213.5 |
| 07-May-2024 | embarringer | Card Payment-05/06/24 (58684) $210.15) (Batch - 58684) |
| 30-Apr-2024 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Apr-2024 |
| 31-Mar-2024 | embarringer | Invoice 60899574 for $210.15 |
| 11-Mar-2024 | karmstrong | Card Payment-03/11/24 (58237) $213.50) (Batch - 58237) |
| 29-Feb-2024 | bnelson | <<UB Delinq>> Delinquent message sent 29-Feb-2024 |
| 31-Jan-2024 | embarringer | Invoice 60830613 for $213.5 |
| 04-Dec-2023 | karmstrong | Card Payment-12/04/23 (57497) $210.15) (Batch - 57497) |
| 04-Dec-2023 | karmstrong | Card Payment-12/04/23 (57497) $242.70) (Batch - 57497) |
| 30-Nov-2023 | embarringer | Invoice 60747856 for $210.15 |
| 28-Nov-2023 | bnelson | Cutoff Warning Letter Sent 28-Nov-2023 |
| 16-Nov-2023 | jnwarhol | CUSTOMER CALLED TO CONFIRM ACCOUNT BALANCE. PTP IN FULL THIS WEEK |
| 31-Oct-2023 | bnelson | <<UB Delinq>> Delinquent message sent 31-Oct-2023 |
| 30-Sep-2023 | embarringer | Invoice 60669081 for $242.7 |
| 24-Aug-2023 | karmstrong | Card Payment-08/24/23 (56711) $116.48) (Batch - 56711) |
| 14-Aug-2023 | karmstrong | Card Payment-08/14/23 (56618) $120.72) (Batch - 56618) |
| 03-Aug-2023 | embarringer | Ajeshni called with transaction questions on IC. Walked her through transaction history. We also talked about rate increase. She asked about assistance. Advised of churches and VOA. Also explained she can do payments as it works for her but advised to check mail from us for due dates to avoid shutoff. Also told her we can do arrangements and to keep in contact with us. |
| 31-Jul-2023 | embarringer | Apply Credit-07/31/23 (56514) $1.50) (Batch - 56514) |
| 31-Jul-2023 | embarringer | Apply Credit Balance-07/31/23 (56514) $1.50) (Batch - 56514) |
| 31-Jul-2023 | embarringer | Invoice 60600986 for $238.7 |
| 21-Jul-2023 | karmstrong | Card Payment-07/21/23 (56439) $200.00) (Batch - 56439) |
| 14-Jul-2023 | jnwarhol | Cutoff Warning Letter Sent 14-Jul-2023 |
| 30-Jun-2023 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Jun-2023 |
| 31-May-2023 | embarringer | Invoice 60524195 for $198.5 |
| 19-May-2023 | JLee | Card Payment-05/19/23 (55931) $192.10) (Batch - 55931) |
| 11-May-2023 | jnwarhol | Cutoff Warning Letter Sent 11-May-2023 |
| 28-Apr-2023 | jnwarhol | <<UB Delinq>> Delinquent message sent 28-Apr-2023 |
| 31-Mar-2023 | embarringer | Invoice 60461540 for $192.1 |
| 20-Feb-2023 | bnelson | Card Payment-02/21/23 (55180) $195.30) (Batch - 55180) |
| 31-Jan-2023 | embarringer | Invoice 60399694 for $195.3 |
| 03-Jan-2023 | karmstrong | Card Payment-01/03/23 (54772) $198.50) (Batch - 54772) |
| 30-Dec-2022 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Dec-2022 |
| 30-Nov-2022 | embarringer | Invoice 60350670 for $198.5 |
| 21-Oct-2022 | karmstrong | Card Payment-10/21/22 (54228) $275.50) (Batch - 54228) |
| 30-Sep-2022 | embarringer | Invoice 60286622 for $275.5 |
| 06-Sep-2022 | karmstrong | Card Payment-09/06/22 (53806) $207.10) (Batch - 53806) |
| 31-Aug-2022 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Aug-2022 |
| 31-Jul-2022 | embarringer | Invoice 60222017 for $207.1 |
| 26-Jul-2022 | bnelson | Card Payment-07/26/22 (53449) $88.65) (Batch - 53449) |
| 25-Jul-2022 | JLee | Ajeshni called to let us know she is going to pay using bill pay. Recommended she make payment another way so the pmt is received by today 430p. |
| 15-Jul-2022 | JLee | ACH Payment-07/15/22 (53351) $100.00) (Batch - 53351) |
| 14-Jul-2022 | jnwarhol | Cutoff Warning Letter Sent 14-Jul-2022 |
| 12-Jul-2022 | JLee | Jessie called after receiving PRN, thought she had paid for 5/31 bill. Doesnt have access to online bill pay and doesnt have checks for her acct. Also preferred not to pay |

| Date | User | Description |
|---|---|---|
| | | a fee to pay. Said she would work it out and let us know. |
| 30-Jun-2022 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Jun-2022 |
| 31-May-2022 | codenborg | ACH Payment-05/31/22 (52928) $185.70) (Batch - 52928) |
| 31-May-2022 | embarringer | Invoice 60153431 for $188.65 |
| 16-May-2022 | jnwarhol | AJESHNI CALLED PTP IN FULL TO REACH US BY NEXT FRIDAY EXTENDED ARRANGEMENTS |
| 13-May-2022 | jnwarhol | Cutoff Warning Letter Sent 13-May-2022 |
| 29-Apr-2022 | jnwarhol | <<UB Delinq>> Delinquent message sent 29-Apr-2022 |
| 31-Mar-2022 | embarringer | Invoice 60059863 for $185.7 |
| 07-Feb-2022 | jlee | ACH Payment-02/07/22 (51891) $188.65) (Batch - 51891) |
| 31-Jan-2022 | embarringer | Invoice 59982836 for $188.65 |
| 10-Dec-2021 | codenborg | ACH Payment-12/10/21 (51404) $224.05) (Batch - 51404) |
| 30-Nov-2021 | embarringer | Invoice 59918885 for $224.05 |
| 16-Nov-2021 | jlee | ACH Payment-11/16/21 (51190) $328.95) (Batch - 51190) |
| 02-Nov-2021 | jnwarhol | <<UB Delinq>> Delinquent message sent 02-Nov-2021 |
| 30-Sep-2021 | embarringer | Invoice 59820024 for $328.95 |
| 07-Sep-2021 | bnelson | Card Payment-09/07/21 (50613) $226.00) (Batch - 50613) |
| 07-Sep-2021 | bnelson | Card Payment-09/07/21 (50613) $1.20) (Batch - 50613) |
| 31-Aug-2021 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Aug-2021 |
| 31-Jul-2021 | embarringer | Invoice 59763072 for $226 |
| 22-Jun-2021 | jlee | ACH Payment-06/22/21 (50041) $152.00) (Batch - 50041) |
| 31-May-2021 | embarringer | Invoice 59642041 for $153.2 |
| 14-Apr-2021 | codenborg | ACH Payment-04/14/21 (49544) $151.05) (Batch - 49544) |
| 31-Mar-2021 | embarringer | Invoice 59595259 for $151.05 |
| 22-Feb-2021 | codenborg | ACH Payment-02/22/21 (49209) $155.35) (Batch - 49209) |
| 31-Jan-2021 | embarringer | Invoice 59539923 for $155.35 |
| 14-Dec-2020 | jnwarhol | ACH Payment-12/14/20 (48805) $151.05) (Batch - 48805) |
| 30-Nov-2020 | embarringer | Invoice 59467697 for $151.05 |
| 16-Oct-2020 | jnwarhol | ACH Payment-10/16/20 (48448) $194.10) (Batch - 48448) |
| 30-Sep-2020 | embarringer | Invoice 59406850 for $194.1 |
| 07-Aug-2020 | vgiusti | ACH Payment-08/07/20 (47993) $167.75) (Batch - 47993) |
| 31-Jul-2020 | embarringer | Apply Credit-07/31/20 (47947) $.35) (Batch - 47947) |
| 31-Jul-2020 | embarringer | Apply Credit Balance-07/31/20 (47947) $.35) (Batch - 47947) |
| 31-Jul-2020 | embarringer | Invoice 59354255 for $168.1 |
| 17-Jul-2020 | codenborg | ACH Payment-07/17/20 (47852) $160.00) (Batch - 47852) |
| 10-Jul-2020 | jnwarhol | Cutoff Warning Letter Sent 10-Jul-2020 |
| 30-Jun-2020 | bnelson | <<UB Delinq>> Delinquent message sent 30-Jun-2020 |
| 31-May-2020 | embarringer | Invoice 59300477 for $159.65 |
| 01-May-2020 | vgiusti | ACH Payment-05/01/20 (47377) $152.10) (Batch - 47377) |
| 30-Apr-2020 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Apr-2020 |
| 31-Mar-2020 | embarringer | Invoice 59236291 for $148.9 |
| 24-Feb-2020 | codenborg | Lockbox Mail Payment-02/24/20 (46914) $150.00) (Batch - 46914) |
| 31-Jan-2020 | embarringer | Invoice 59168140 for $153.2 |
| 21-Jan-2020 | vgiusti | Card Payment-01/21/20 (46671) $70.00) (Batch - 46671) |
| 17-Jan-2020 | karmstrong | CUSTOMER CALLED UNABLE TO MAKE PMT THROUGH WEBSITE, PROCESSED PMT OF $70 FOR CUSTOMER. |
| 10-Jan-2020 | jnwarhol | Cutoff Warning Letter Sent 10-Jan-2020 |
| 31-Dec-2019 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Dec-2019 |
| 18-Dec-2019 | embarringer | Exemption Expired [Cutoff ] |
| 17-Dec-2019 | codenborg | ACH Payment-12/17/19 (46424) $148.90) (Batch - 46424) |
| 04-Dec-2019 | codenborg | Card Payment-12/04/19 (46330) $176.00) (Batch - 46330) |
| 04-Dec-2019 | jnwarhol | Admin. Fee for Delin-12/04/19 (46322) $65.00) (Batch - 46322) |
| 04-Dec-2019 | jnwarhol | CALLED 11:36 C# 124062 UPDATED MAP AND TEXT CREW |
| 30-Nov-2019 | embarringer | Invoice 59119682 for $148.9 |

| Date | User | Description |
|---|---|---|
| 22-Nov-2019 | jnwarhol | Cutoff Warning Letter Sent 22-Nov-2019 |
| 31-Oct-2019 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Oct-2019 |
| 30-Sep-2019 | embarringer | Invoice 59041522 for $175.9 |
| 03-Sep-2019 | karmstrong | ACH Payment-09/03/19 (45592) $150.00) (Batch - 45592) |
| 29-Aug-2019 | jnwarhol | <<UB Delinq>> Delinquent message sent 29-Aug-2019 |
| 31-Jul-2019 | vgiusti | Invoice 58971595 for $155.1 |
| 15-Jul-2019 | vgiusti | Card Payment-07/15/19 (45185) $146.10) (Batch - 45185) |
| 12-Jul-2019 | jnwarhol | Cutoff Warning Letter Sent 12-Jul-2019 |
| 28-Jun-2019 | jnwarhol | <<UB Delinq>> Delinquent message sent 28-Jun-2019 |
| 31-May-2019 | embarringer | Invoice 58894272 for $146.1 |
| 01-May-2019 | codenborg | ACH Payment-05/01/19 (44587) $144.10) (Batch - 44587) |
| 30-Apr-2019 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Apr-2019 |
| 31-Mar-2019 | embarringer | Invoice 58803090 for $144.1 |
| 20-Feb-2019 | vgiusti | Card Payment-02/20/19 (44037) $150.10) (Batch - 44037) |
| 31-Jan-2019 | embarringer | Invoice 58728959 for $150.1 |
| 20-Dec-2018 | vgiusti | Exemption Expired [Cutoff ] |
| 17-Dec-2018 | codenborg | Card Payment-12/17/18 (43550) $215.10) (Batch - 43550) |
| 05-Dec-2018 | codenborg | Card Payment-12/05/18 (43454) $206.05) (Batch - 43454) |
| 05-Dec-2018 | jnwarhol | Admin. Fee for Delin-12/05/18 (43444) $65.00) (Batch - 43444) |
| 05-Dec-2018 | codenborg | CUSTOMER PAID C#103079 UPDATED MAP AND TEXT CREW. |
| 30-Nov-2018 | embarringer | Invoice 58645590 for $150.1 |
| 20-Nov-2018 | jnwarhol | Cutoff Warning Letter Sent 20-Nov-2018 |
| 31-Oct-2018 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Oct-2018 |
| 10-Oct-2018 | vgiusti | Exemption Expired [Cutoff ] |
| 05-Oct-2018 | vgiusti | Card Payment-10/05/18 (42965) $200.00) (Batch - 42965) |
| 05-Oct-2018 | jnwarhol | PAID $200.00 BY PHONE EXEMPT FROM SHUTOFF MONDAY |
| 05-Oct-2018 | bnelson | Talked with Ajeshni. She said she made $200.00 payment today, which will take care of her jul ptp. Then we oultined collection process for Sept bill. |
| 30-Sep-2018 | embarringer | Invoice 58586829 for $202.05 |
| 19-Sep-2018 | codenborg | MRS CALLED IN ASKING FOR EXTRA TIME TO PAY BILL, SHE MENTIONED BOTH HER AND HUSBAND ARE UNEMPLOYED AT THIS TIME PLUS HER SISTER & KIDS JUST MOVED IN AND SISTER IS TRYING TO GO TO SCHOO. I HAVE PLACE THE ACCOUNT ON EXTENDED ARRANAGEMENTS UNTIL 10/05/18 SUGGESTED SHE CALL BRAD NEXT WEEK TO DISCUSS HER SITUATION IF SHE NEEDS ADDITIONAL TIME TO PAY. |
| 13-Sep-2018 | jnwarhol | Cutoff Warning Letter Sent 13-Sep-2018 |
| 30-Aug-2018 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Aug-2018 |
| 31-Jul-2018 | embarringer | Invoice 58521951 for $194.7 |
| 17-Jul-2018 | jnwarhol | ACH Payment-07/17/18 (42268) $150.00) (Batch - 42268) |
| 13-Jul-2018 | jnwarhol | Cutoff Warning Letter Sent 13-Jul-2018 |
| 29-Jun-2018 | jnwarhol | <<UB Delinq>> Delinquent message sent 29-Jun-2018 |
| 31-May-2018 | embarringer | Invoice 58442675 for $159.3 |
| 22-May-2018 | embarringer | Exemption Expired [Cutoff ] |
| 21-May-2018 | vgiusti | Card Payment-05/21/18 (41799) $147.90) (Batch - 41799) |
| 11-May-2018 | jnwarhol | Cutoff Warning Letter Sent 11-May-2018 |
| 30-Apr-2018 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Apr-2018 |
| 31-Mar-2018 | embarringer | Invoice 58367453 for $147.9 |
| 13-Mar-2018 | jnwarhol | Payment-03/13/18 (41221) $147.90) (Batch - 41221) |
| 13-Mar-2018 | CR | Cashiering 3rd Party information for UBPayment transaction posted from station 2 on 13-Mar-2018 by NELSON, WILLIAM AND AJESHNI into UB batch 41221 using check number 5518 for amount of $147.90 |
| 28-Feb-2018 | jnwarhol | <<UB Delinq>> Delinquent message sent 28-Feb-2018 |
| 31-Jan-2018 | embarringer | Invoice 58297639 for $147.9 |
| 30-Nov-2017 | rengbrecht | Card Payment-11/30/17 (40416) $335.75) (Batch - 40416) |
| 30-Nov-2017 | embarringer | Invoice 58200759 for $142.2 |
| 17-Nov-2017 | jnwarhol | Cutoff Warning Letter Sent 17-Nov-2017 |

| Date | User | Note |
|---|---|---|
| 31-Oct-2017 | bnelson | <<UB Delinq>> Delinquent message sent 31-Oct-2017 |
| 30-Sep-2017 | embarringer | Invoice 58125389 for $193.7 |
| 28-Sep-2017 | embarringer | Apply Credit-09/28/17 (39896) $.15) (Batch - 39896) |
| 28-Sep-2017 | embarringer | Apply Credit Balance-09/28/17 (39896) $.15) (Batch - 39896) |
| 19-Sep-2017 | rengbrecht | Card Payment-09/19/17 (39814) $168.00) (Batch - 39814) |
| 14-Sep-2017 | jnwarhol | Cutoff Warning Letter Sent 14-Sep-2017 |
| 31-Aug-2017 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Aug-2017 |
| 31-Jul-2017 | halepl | Invoice 58069915 for $167.85 |
| 13-Jun-2017 | jnwarhol | Payment-06/13/17 (38987) $135.20) (Batch - 38987) |
| 13-Jun-2017 | CR | Cashiering 3rd Party information for UBPayment transaction posted from station 2 on 13-Jun-2017 by NELSON, WILLIAM AND AJESHNI into UB batch 38987 using check number 5501 for amount of $135.20 |
| 31-May-2017 | embarringer | Invoice 58007049 for $135.5 |
| 25-May-2017 | embarringer | Apply Credit-05/25/17 (38840) $.30) (Batch - 38840) |
| 25-May-2017 | embarringer | Apply Credit Balance-05/25/17 (38840) $.30) (Batch - 38840) |
| 18-Apr-2017 | rengbrecht | ACH Payment-04/18/17 (38478) $38.00) (Batch - 38478) |
| 11-Apr-2017 | halepl | Exemption Expired [Cutoff ] |
| 31-Mar-2017 | embarringer | Invoice 57933876 for $139.1 |
| 27-Mar-2017 | embarringer | Apply Credit Balance-03/27/17 (38308) $101.40) (Batch - 38308) |
| 27-Mar-2017 | embarringer | Apply Credit-03/27/17 (38308) $101.40) (Batch - 38308) |
| 22-Mar-2017 | rengbrecht | Card Payment-03/22/17 (38274) $300.00) (Batch - 38274) |
| 22-Mar-2017 | jnwarhol | Admin. Fee for Delin-03/22/17 (38268) $65.00) (Batch - 38268) |
| 22-Mar-2017 | bnelson | ==Brother who owns the house called from South Africa. His wife made a cc payment and I confirmed the X and $ amount. Sent text to BM to reconnect.== |
| 22-Mar-2017 | bnelson | Paid by cc 540830C8677 at 9:57 a.m. |
| 10-Mar-2017 | jnwarhol | Cutoff Warning Letter Sent 10-Mar-2017 |
| 28-Feb-2017 | jnwarhol | <<UB Delinq>> Delinquent message sent 28-Feb-2017 |
| 31-Jan-2017 | halepl | Invoice 57873178 for $144.5 |
| 27-Jan-2017 | halepl | Apply Credit-01/27/17 (37806) $10.90) (Batch - 37806) |
| 27-Jan-2017 | halepl | Apply Credit Balance-01/27/17 (37806) $10.90) (Batch - 37806) |
| 23-Jan-2017 | rengbrecht | ACH Payment-01/23/17 (37759) $150.00) (Batch - 37759) |
| 13-Jan-2017 | jnwarhol | Cutoff Warning Letter Sent 13-Jan-2017 |
| 29-Dec-2016 | jnwarhol | <<UB Delinq>> Delinquent message sent 29-Dec-2016 |
| 30-Nov-2016 | halepl | Invoice 57795356 for $139.1 |
| 29-Nov-2016 | rengbrecht | Card Payment-11/29/16 (37302) $157.55) (Batch - 37302) |
| 28-Nov-2016 | jnwarhol | Cutoff Warning Letter Sent 28-Nov-2016 |
| 31-Oct-2016 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Oct-2016 |
| 30-Sep-2016 | halepl | Invoice 57758741 for $157.55 |
| 31-Aug-2016 | rengbrecht | ACH Payment-08/31/16 (36518) $139.75) (Batch - 36518) |
| 31-Aug-2016 | jnwarhol | <<UB Delinq>> Delinquent message sent 31-Aug-2016 |
| 31-Jul-2016 | halepl | Invoice 57722858 for $153.05 |
| 27-Jul-2016 | halepl | Apply Credit-07/27/16 (36193) $13.30) (Batch - 36193) |
| 27-Jul-2016 | halepl | Apply Credit Balance-07/27/16 (36193) $13.30) (Batch - 36193) |
| 08-Jul-2016 | rengbrecht | ACH Payment-07/08/16 (36016) $150.00) (Batch - 36016) |
| 30-Jun-2016 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Jun-2016 |
| 31-May-2016 | halepl | Invoice 57687168 for $136.7 |
| 15-Apr-2016 | embarringer | ACH Payment-04/15/16 (35265) $134.90) (Batch - 35265) |
| 31-Mar-2016 | halepl | Invoice 57648864 for $134.9 |
| 02-Mar-2016 | embarringer | ACH Payment-03/02/16 (34857) $125.20) (Batch - 34857) |
| 29-Feb-2016 | jnwarhol | <<UB Delinq>> Delinquent message sent 29-Feb-2016 |
| 31-Jan-2016 | halepl | Invoice 57616358 for $142.1 |
| 27-Jan-2016 | halepl | Apply Credit-01/27/16 (34552) $16.90) (Batch - 34552) |
| 27-Jan-2016 | halepl | Apply Credit Balance-01/27/16 (34552) $16.90) (Batch - 34552) |
| 22-Jan-2016 | embarringer | ACH Payment-01/22/16 (34500) $150.00) (Batch - 34500) |

| Date | User | Description |
|---|---|---|
| 20-Jan-2016 | halepl | TJ CHANGED MXU 1-12-16 OLD #4620299. |
| 15-Jan-2016 | jnwarhol | Cutoff Warning Letter Sent 15-Jan-2016 |
| 30-Dec-2015 | jnwarhol | <<UB Delinq>> Delinquent message sent 30-Dec-2015 |
| 30-Nov-2015 | embarringer | Invoice 57580972 for $133.1 |
| 20-Nov-2015 | embarringer | Manual reading inserted for 33062985 - Reg: 1 ReadDate: 11/20/2015  1151 |
| 12-Nov-2015 | embarringer | ACH Payment-11/12/15 (33914) $145.40) (Batch - 33914) |
| 30-Oct-2015 | connelljn | <<UB Delinq>> Delinquent message sent 30-Oct-2015 |
| 30-Sep-2015 | halepl | Invoice 57554254 for $147.95 |
| 28-Sep-2015 | halepl | Apply Credit Balance-09/28/15 (33524) $2.55) (Batch - 33524) |
| 28-Sep-2015 | halepl | Apply Credit-09/28/15 (33524) $2.55) (Batch - 33524) |
| 22-Sep-2015 | embarringer | ACH Payment-09/22/15 (33477) $200.00) (Batch - 33477) |
| 11-Sep-2015 | connelljn | Cutoff Warning Letter Sent 11-Sep-2015 |
| 31-Aug-2015 | connelljn | <<UB Delinq>> Delinquent message sent 31-Aug-2015 |
| 31-Jul-2015 | halepl | Invoice 57518013 for $197.45 |
| 23-Jun-2015 | embarringer | ACH Payment-06/23/15 (32697) $137.70) (Batch - 32697) |
| 31-May-2015 | halepl | Invoice 57464536 for $137.7 |
| 21-Apr-2015 | embarringer | ACH Payment-04/21/15 (32143) $21.67) (Batch - 32143) |
| 15-Apr-2015 | embarringer | <<UB Consumer>> Name Change From (NELSON, WILLIAM AND JESSE) to (NELSON, WILLIAM AND AJESHNI) |
| 31-Mar-2015 | halepl | Invoice 57445132 for $11.67 |
| 26-Mar-2015 | halepl | Account Services Update: Old:afsv_svc_on_date=3/26/2015 / |
| 26-Mar-2015 | halepl | Account Services Update: Old:afsv_svc_on_date=3/26/2015 / |
| 26-Mar-2015 | halepl | New Account Setup Fe-03/25/15 (31917) $10.00) (Batch - 31917) |
| 25-Mar-2015 | embarringer | Notes from service order 100017 [NEW OWNERS PER CALL AND EMAIL FROM SELLER] |
| 25-Mar-2015 | embarringer | SO Complete ( M-I ) on 26-Mar-2015 |
| 25-Mar-2015 | embarringer | Account Services Update: Chg:afsv_force_amount From=0 To=10.21 / |
| 25-Mar-2015 | embarringer | Account Services Update: Chg:afsv_force_amount From=0 To=1.46 / |
| 25-Mar-2015 | embarringer | Manual reading inserted for 33062985 - Reg: 1 ReadDate: 3/31/2015  1083 |
| 27-Feb-2015 | connelljn | Move-In Service Order (0) for    26-Mar-2015 for account 12736-46556 |