# Exhibit D

# Silver Lake Water & Sewer District

## APPLICATION FOR LOW INCOME SENIOR/DISABLED RATES

| **Date:** | **Service Address:** |
|---|---|
| **Name:** | **Account Number:** |
| **Telephone Number:** | **Number of Persons Residing at Residence:** |

I hereby make claim and attest to the following:

1. I am 61 years of age or older; or I qualify, or my minor child(ren) qualify, and receive disabled benefits from one or more of the following: Supplemental Security Income (SSI), Social Security Disability Insurance (SSDI), Veteran Disability Compensation (VDC), Non-Grant Medical Assistance (NGMA), permanent disability insurance benefits, state permanent disability benefits or I qualify for other institutional or governmental programs that provide a determination of a disability that is permanent in nature.

   *Applicants can provide supporting documents, such as a pending application for the above mentioned permanent disability benefits.*

2. I am the owner and full time resident of the above described residence; or I am the tenant that directly or indirectly pays for the water and sewer bill.

3. The total gross annual household income does not exceed $75,000 per year (2024). If other adults are living in the residence, you must provide verification of their income.

4. I agree to notify the District should I move from the residence; or if my gross annual income exceeds the amount above.

5. I further agree to pay the District the difference between low income senior/disabled rates and the regular rate, should it be determined that I am not qualified for low income senior/disabled rates.

6. I further agree to provide the District with financial information to support my applications and agree to provide future income or residency information if requested by the District to verify my eligibility.

7. I acknowledge that information provided by me in support of my application is a public record and subject to public disclosure. I agree to waive any claim of confidentiality in any information provided and I agree to release Silver Lake Water and Sewer District, and its employees, agents, officers and Commissioners from any liability or claims which might arise from the disclosure of such information to any other party or entity.

### Required Supporting Information

**Senior/Disabled Status (One Required)**
- [ ] Senior Citizen - Copy of Driver's License
- [ ] Disabled - Copy of Disability Payment Statement

**Income (One Required)**
- [ ] Most Recent Federal Income Tax Returns
- [ ] Low Income/Disabled Property Tax Exemption
- [ ] IRS Statement

**Additional Information for Tenants (Both Required)**
- [ ] Copy of Lease
- [ ] Authorization to receive a copy of the bill

---

I certify, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

_____    _____
Applicant Signature                                    Date

_____    _____
Spouse or Co-Tenant Signature                  Date

**Internal Use Only**

Date Received: _____

Income Verified By: _____

Date Billing Changed: _____

Billing Changed By: _____



# Customer Assistance Programs

## Rate Discount Program for Low Income Seniors and Disabled Persons

Silver Lake Water & Sewer District offers a discount program for low income seniors and disabled persons—with utility rates typically discounted 50% for water (base rate only) and 25% for sewer.

### Specific Qualifications for Seniors:

- ❑ Total household income does not exceed $75,000/year
- ❑ Age 61 years or older

### Specific Qualifications for Disabled Persons:

- ❑ Total household income does not exceed $75,000/year
- ❑ Currently receiving disability benefits from one or more of the following:
  - Supplemental Security Income (SSI)
  - Social Security Disability Insurance (SSDI)
  - Veteran Disability Compensation (VDC)
  - Non-Grant Medical Assistance (NGMA)
  - Permanent disability insurance benefits
  - State permanent disability benefits

### How to Apply:

1. Go to our website's Forms page: https://www.slwsd.com/forms
2. Under the "For Customers" section, click on the third bullet link titled "Low Income Senior Citizen and Disabled Persons Discount Rate Application" to download and print out the application form.
3. Complete the form, and return it to us by postal mail, or in person during business hours:

    15205 41st Avenue SE, Bothell, WA 98012

### Questions? Call us at (425) 337-3647

## Other Assistance Programs


**2-1-1 Washington North Sound Region**
1-800-223-8145

Connects people to the help they need most—from housing assistance and help with financial needs, to the nearest food bank—with the most comprehensive information on health and human services in the North Sound / Snohomish region.


**Snohomish County PUD (electricity)**
1-425-783-1000


**PSE Home Energy Lifeline (natural gas)**
1-888-225-5776


**Homage**
1-425-513-1900 / 1-800-422-2024

Assistance for low-income older adults and people with disabilities in Snohomish County.


**St. Vincent DePaul**
(425) 355-3504

Helps low-income and homeless people in Snohomish County.


**Volunteers of America**
(360) 793-2400 or 211

A one-stop campus for communities in East Snohomish County offering services for people of all generations.


**Salvation Army - Everett Branch**
(425) 259-8129

---

www.slwsd.com • (425) 337-3647

