HONORABLE JUDGE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM J. NELSON,<br><br>                Plaintiff,<br><br>    vs.<br><br>SILVER LAKE WATER AND SEWER DISTRICT, et al.,<br><br>                Defendants. | NO. **2:26-cv-00337-KKE**<br><br>DECLARATION OF CURTIS J. CHAMBERS IN SUPPORT OF SILVER LAKE WATER AND SEWER DISTRICT'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Curtis J. Chambers, under penalty of perjury under the laws of the State of Washington, states and declares as follows:

1. I am Silver Lake Water and Serwer District (District) general counsel and am its attorney of record in this matter. This declaration is based on my personal knowledge.

2. Plaintiff has communicated with me about his claimed disability, and I have engaged with him in the interactive process in good faith.

3. Attached as Exhibit A are my correspondences with Plaintiff related to this matter. I believe this is all of them, but there may be a few I have missed. The attached, however, are generally reflective of the communications of the District's participating in the interactive process.

Chambers Dec. Supporting District's Opp to TRO - Page 1
CASE NO. 2:26-CV-00337-KKE

11186199.1 - 359329 - 0241

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

Executed at Seattle, Washington, on the 5th day of February 2026.

INSLEE, BEST, DOEZIE & RYDER, P.S.

By /s/ *Curtis J. Chambers*

Curtis J. Chambers, WSBA # 42984
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004
Phone: (425) 455-1234
Fax:  (425) 635-7720
Email: Cchambers@insleebest.com

Attorney for Defendants

Chambers Dec. Supporting District's Opp to TRO - Page 2
CASE NO. 2:26-CV-00337-KKE

11186199.1 - 359329 - 0241



INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

**CERTIFICATE OF FILING & SERVICE**

I, Lien Le, hereby certify under penalty of perjury under the laws of the United States of America that on February 5th, 2026, I caused to be electronically filed the foregoing Declaration of Curtis J. Chambers in Support of Silver Lake Water and Sewer District's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, and served pro se plaintiff, via U.S. Mail and email as follows:

***Plaintiff Pro Se:***

William Nelson
1523 132nd St SE. Ste C418
Everett, WA 98208
Email: william@seattleseahawks.me

DATED this 5th day of February 2026, at Bellevue, WA.

/s/ Lien Le
Lien Le, Legal Assistant

Chambers Dec. Supporting District's Opp to TRO - Page 3
CASE NO. 2:26-CV-00337-KKE

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

11186199.1 - 359329 - 0241