**HONORABLE JUDGE KYMBERLY K. EVANSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM J. NELSON, <br><br> Plaintiff, <br> vs. <br><br> SILVER LAKE WATER AND SEWER DISTRICT, et al., <br><br> Defendants. | NO. 2:26-cv-00337-KKE <br><br> NOTICE OF WITHDRAWAL |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

AND TO:     THE CLERK OF THE ABOVE-ENTITLED COURT

NOTICE IS HEREBY GIVEN that Michael J. Throgmorton of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S., hereby withdraw as counsel for defendants Silver Lake Water and Sewer District and Curt Brees in the above-entitled matter.  Curtis J. Chambers will remain as counsel of record for defendants Silver Lake Water and Sewer District and Curt Brees.

//

//

//

//

NOTICE OF WITHDRAWAL – 1
No.: 2:26-cv-00337-KKE

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA  98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511

DATED this 6th day of February 2026, at Tumwater, Washington.

> LAW, LYMAN, DANIEL, KAMERRER
> & BOGDANOVICH, P.S.
>
> /s/ Michael J. Throgmorton
> _____
> Michael J. Throgmorton, WSBA No. 44263
> Attorney for Defendants
> 2674 RW Johnson Rd., Tumwater, WA 98512
> P.O. Box 11880 Olympia, WA 98508-1880
> Phone: (360) 754-3480  Fax: (360) 357-3511
> Email: mthrogmorton@lldkb.com

# CERTIFICATE OF FILING & SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on this date, I caused to be electronically filed the foregoing document, and this Certificate of ECF Filing & Service, with the Clerk of the Court using the CM/ECF system, and served pro se plaintiff, via U.S. Mail as follows:

***Plaintiff Pro Se:***
William Nelson
1523 132nd St SE. Ste C418
Everett, WA 98208
william@seattleseahawks.me

DATED this 6th day of February 2026, at Tumwater, WA.

> /s/ Tam Truong_____
> Tam Truong, Legal Assistant

NOTICE OF WITHDRAWAL – 2
No.: 2:26-cv-00337-KKE

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480  FAX: (360) 357-3511