UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM NELSON,

                    Plaintiff(s),

        v.

SILVER LAKE WATER AND SEWER
DISTRICT, et al.,

                    Defendant(s).

CASE NO. C26-0337-KKE

ORDER ON FILING OF COURT
DOCUMENTS

On March 1, 2026, the Court received an email from Plaintiff's assistive AI program, "Athena AI," requesting five forms of relief. Plaintiff proceeds in this litigation *pro se*. The email asked the Court to issue an order: (1) immediately continuing all deadlines; (2) appointing counsel under FRCP 17(c)(2) and 28 U.S.C. § 1915(e)(1); (3) directing all court communications and orders be sent to him via electronic mail; (4) directing the Court's ADA coordinator to "schedule a structured, documented accommodation session"; and (5) ordering "Defendants to refrain from any enforcement actions, utility shutoff actions, or other prejudicial activity against [him]."

The Court declines to consider Plaintiff's requests, as they have not been filed to the public docket. As to his request for electronic mail, "the Clerk's office already allows for electronic filing of documents and for receiving all filings/notices via the Court's CM/ECF filing system." *Nelson v. Washington Bd. of Indus. Appeals*, 3:25-CV-05551-DGE, 2025 WL 1888092, at *4 (W.D. Wash. June 26, 2025), *reconsideration denied*, 3:25-CV-05551-DGE, 2025 WL 2052604 (W.D.

ORDER ON FILING OF COURT DOCUMENTS - 1

Wash. July 22, 2025).  Instructions on how to register for CM/ECF, file documents electronically, and receive documents electronically are available on the website for the Western District of Washington at https://www.wawd.uscourts.gov/attorneys/how-to-e-file.  Although the Court appreciates that CM/ECF instructions were previously provided to Plaintiff in two separate actions filed under case numbers 3:25-cv-05551-DGE and 3:25-cv-05490-TMC, the Clerk is directed to email the instructions posted at the Court's website to Plaintiff.

Upon registering for electronic filing, Plaintiff may file his motion for relief to the docket for the Court's consideration.  Filing motions to the docket—either electronically through CM/ECF or conventionally by mail or in person—serves the important purposes of ensuring notice to Defendants and maintaining the public's access to judicial records.  *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  "Because Plaintiff has shown himself capable of using computer applications and systems, the Court finds no basis to conclude additional accommodations should be ordered and further finds that imposing additional requirements on Clerk's office staff would be unreasonable." *Nelson*, 2025 WL 1888092, at *4.

If Plaintiff does not register for CM/ECF electronic filing, all future orders and documents from this Court will be sent to Plaintiff via regular mail.

Dated this 2nd day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON FILING OF COURT DOCUMENTS - 2