UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM NELSON,
                    Plaintiff(s),

          v.

SILVER LAKE WATER AND SEWER
DISTRICT, et al.,
                    Defendant(s).

CASE NO. C26-0337-KKE

ORDER TO SHOW CAUSE

On February 12, 2026, the Court issued an order requiring the parties to file a Joint Status Report by March 26, 2026.  Dkt. No. 25.  On Mach 27, 2026, counsel for Defendant filed a letter outlining the steps that he has taken to set up a Federal Rule of Civil Procedure 26(f) conference, as well as to prepare and file a Joint Status Report with Plaintiff, who is proceeding *pro se*.  Dkt. No. 30.  Counsel for Defendant states that, as of March 27, 2026, Plaintiff had not responded to his attempts to confer via email.

Plaintiff is ORDERED to show cause by April 13, 2026, why Plaintiff's claims should not be dismissed for failure to comply with a court order.  Absent a timely response to this order, this action shall be dismissed without prejudice.

Dated this 30th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1