# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WILLIAM NELSON,<br><br>              Plaintiff(s),<br>   v.<br><br>SILVER LAKE WATER AND SEWER DISTRICT, et al.,<br><br>              Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C26-0337-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Consistent with its two prior warnings (Dkt. Nos. 31, 35), the Court dismisses this action without prejudice.

Dated June 2, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk