UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM NELSON, | CASE NO. C26-0337-KKE |
| Plaintiff(s), | ORDER DENYING MOTION FOR RE-SERVICE OF COMPLETE DOCKET |
| v. | |
| SILVER LAKE WATER AND SEWER DISTRICT, et al., | |
| Defendant(s). | |

This matter, which was dismissed on June 2, 2026, is before the Court on Plaintiff William Nelson's "Motion for Order Directing Service on Plaintiff by Electronic Means and for Re-Service of Complete Docket," in which he requests "re-service" of all filings in this case to his email. Dkt. No. 40. As explained in a prior order, "the Clerk's office already allows for electronic filing of documents and for receiving all filings/notices via the Court's CM/ECF filing system." Dkt. No. 29 at 1. The Court gave Nelson ample opportunity to sign up for CM/ECF, through which he could have received the electronic service he now seeks, or alternatively to provide an address at which he can receive regular mail, as required by Local Rule 41(b)(2). *See* Dkt. Nos. 29, 31, 35; *see also* Local Rules W.D. Wash LCR 41(b)(2). He has apparently declined to do so. For the reasons explained in its previous orders in this case (Dkt. Nos. 29, 31, 35), the Court DENIES Nelson's motion (Dkt. No. 40). This case remains closed.

//

ORDER DENYING MOTION FOR RE-SERVICE OF COMPLETE DOCKET - 1

Dated this 13th day of July, 2026.

Kymberly K. Evanson
United States District Judge